ROBERT V. PRONGAY (#270796)
 rprongay@glancylaw.com
Charles H. Linehan (SBN 307439)
 clinehan@glancylaw.com
Pavithra Rajesh (SBN 323055)
 prajesh@glancylaw.com
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Plaintiff Farooq Khan*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAROOQ KHAN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CHARGEPOINT HOLDINGS, INC., PASQUALE ROMANO, and REX S. JACKSON, <br><br> Defendants. | Case No. 5:23-cv-06172-PCP <br><br> **STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR FURTHER PROCEEDINGS AND VACATING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING
Case No. 5:23-cv-06172-PCP

WHEREAS, on November 29, 2023, Plaintiff Farooq Khan ("Plaintiff") commenced the above-captioned action against Defendants ChargePoint Holdings, Inc., Pasquale Romano, and Rex S. Jackson (collectively, "Defendants"), alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA") (ECF No. 1, the "Initial Complaint");

WHEREAS, on November 30, 2023, the Court issued an Order scheduling an Initial Case Management Conference for February 29, 2024 at 1:00 p.m.. and setting associated deadlines pursuant to the Federal Rules of Civil Procedure, the Civil Local Rules, and the Alternative Dispute Resolution Local Rules (*see* ECF No. 7);

WHEREAS, on December 19, 2023, Defendants executed waivers of service, setting their deadline to respond to the Initial Complaint as February 12, 2024 (*see* ECF No. 10);

WHEREAS, the PSLRA provides a procedure for the appointment of lead plaintiff and lead counsel, 15 U.S.C. § 78u-4(a)(3), and motions for appointment as lead plaintiff and approval of lead counsel must be filed no later than January 29, 2024 (*see* ECF No. 9);

WHEREAS, the Parties anticipate that the Court-appointed lead plaintiff will file an amended complaint and that Defendants will file motion(s) to dismiss;

WHEREAS, an amended complaint would render any response to the currently pending complaint moot;

WHEREAS, the PSLRA provides that discovery shall be stayed during the pendency of any motion to dismiss, 15 U.S.C. § 78u-4(b)(3)(B); and

WHEREAS, the undersigned parties respectfully submit that, because the pleadings are not yet set and in light of the PSLRA's discovery stay, good cause exists to find that Defendants should not be required to respond to a complaint in this case until after lead plaintiff and lead counsel have been appointed and have filed an amended complaint and to vacate the Initial Case Management Conference and related deadlines to be reset after the Court has an opportunity to rule on Defendants' anticipated motion to dismiss;

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned, subject to Court approval, as follows:

1. Defendants need not respond to the Initial Complaint.

2. Within fourteen (14) days of entry of the Order appointing lead plaintiff and lead counsel, the Court-appointed lead plaintiff and Defendants shall confer and submit a proposed schedule for the filing of an amended complaint and Defendants' response(s) thereto.

3. The Initial Case Management Conference set for February 29, 2024 at 1:00 p.m., and all associated deadlines, are vacated and shall be reset after the Court has an opportunity to rule on Defendants' anticipated motion to dismiss.

DATED:  January 2, 2024

**GLANCY PRONGAY & MURRAY LLP**

*/s/ Pavithra Rajesh*
Robert V. Prongay
Charles Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email:  prajesh@glancylaw.com

**THE LAW OFFICES OF FRANK R. CRUZ**
Frank R. Cruz
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 914-5007

*Counsel for Plaintiff Farooq Khan*

DATED:  January 2, 2024

**SIDLEY AUSTIN LLP**

*/s/ Jaime A. Bartlett*
Jaime A. Bartlett
Sara B. Brody
Chaddy Georges
555 California Street
Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1279
Email: JBartlett@sidley.com
SBrody@sidley.com
CGeorges@sidley.com

*Counsel for Defendants ChargePoint Holdings, Inc., Pasquale Romano, and Rex S. Jackson*

Pursuant to Civil L.R. 5-1(i)(3), all signatories concur in filing this stipulation.

Dated: January 2, 2024                    */s/ Pavithra Rajesh*
                                          Pavithra Rajesh


                          *          *          *

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 3, 2024              By:    _____
                                           HONORABLE P. CASEY PITTS
                                           UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old.  On January 2, 2024, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 2, 2024, at Los Angeles, California.


*/s/ Pavithra Rajesh*
Pavithra Rajesh

STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING
Case No. 5:23-cv-06172-PCP

4