**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com
Email: amccall@zlk.com

*Attorneys for Movant Randy Slipher*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAROOQ KHAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHARGEPOINT HOLDINGS, INC., PASQUALE ROMANO, and REX S. JACKSON,<br><br>Defendants. | Case No.: 5:23-cv-06172-PCP<br><br>**DECLARATION OF ADAM M. APTON IN SUPPORT OF RANDY SLIPHER'S MOTION FOR: (1) CONSOLIDATION OF THE ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF SELECTION OF COUNSEL**<br><br>Date:          March 5, 2024<br>Time:          10:00 a.m.<br>Courtroom:  8-4th Floor<br>Judge:         Hon. P. Casey Pitts |
| COLBY SMITH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHARGEPOINT HOLDINGS, INC., PASQUALE ROMANO, and REX S. JACKSON,<br><br>Defendants. | Case No.: 3:24-cv-00363-JSC |

DECLARATION OF ADAM M. APTON IN SUPPORT OF RANDY SLIPHER'S MOTION FOR: (1) CONSOLIDATION OF THE ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF SELECTION OF COUNSEL

I, Adam M. Apton, hereby declare as follows:

1. I am a partner with the law firm of Levi & Korsinsky, LLP, counsel for Randy Slipher ("Movant"), and a member in good standing for the bar of the State of California. I respectfully submit this declaration in support of Movant's Motion for Consolidation of the actions (the "Actions"), Appointment as Lead Plaintiff, and Approval of Selection of Counsel. This declaration is based on my own personal knowledge and/or the firm's records of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of the sworn certification signed by Movant.

3. Attached hereto as **Exhibit B** is a true and correct copy of the loss chart detailing Movant's losses as a result of his investment in ChargePoint Holdings, Inc.

4. Attached hereto as **Exhibit C** is a true and correct copy of the press release originally published on November 29, 2023 on *Business Wire* announcing the pendency of the above-captioned securities lawsuit.

6. Attached hereto as **Exhibit D** is a true and correct copy of the Declaration signed by Movant in support of his lead plaintiff motion.

7. Attached hereto as **Exhibit E** is a true and correct copy of the firm résumés of Levi & Korsinsky, LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 29th day of January, 2024.

/s/ Adam M. Apton
Adam M. Apton

DECLARATION OF ADAM M. APTON IN SUPPORT OF RANDY SLIPHER'S MOTION FOR: (1) CONSOLIDATION OF THE ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF SELECTION OF COUNSEL