# EXHIBIT B

| Client Name | Randy Slipher |
|---|---|
| Company Name | ChargePoint Holdings, Inc. |
| Ticker Symbol | CHPT |
| Security Type | |
| Class Period Start | 12-07-2021 |
| Class Period End | 11-16-2023 |
| 90-DAY Lookback Period Start | 11-17-2023 |
| 90-DAY Lookback Period End | 01-29-2024 |
| 90-DAY Lookback Average | $ 02.15 |

**SUMMARY OF FINANCIAL INTEREST**

| | |
|---|---|
| LIFO Loss Total | $ 2,755.81 |
| DURA LIFO* Total | $ 2,755.81 |
| Gross Shares Purchased | 300 |
| Net Shares Retained | 300 |
| Net Funds Expended | $3,402.00 |

**Randy Slipher - Account 1**

| | Purchases | | | | Sales | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 02-22-2023 | 300 | 11.34 | $ 3,402.00 | | | | | | - | 300 | 300 | $ 02.15 | $ 646.19 | $ 2,755.81 | $ 2,755.81 |
| Total: | 300 | | $3,402.00 | | | | | | | 300 | 300 | | $ 646.19 | $ 2,755.81 | $ 2,755.81 |

| Client Name | Randy Slipher |
|---|---|
| Company Name | ChargePoint Holdings, Inc. |
| Ticker Symbol | CHPT |
| Security Type | |
| Class Period Start | 12-07-2021 |
| Class Period End | 11-16-2023 |
| 90-DAY Lookback Period Start | 11-17-2023 |
| 90-DAY Lookback Period End | 01-29-2024 |
| 90-DAY Lookback Average | $ 02.15 |

**SUMMARY OF FINANCIAL INTEREST**

| | |
|---|---|
| LIFO Loss Total | $ 529,871.62 |
| DURA LIFO* Total | $ 518,731.62 |
| Gross Shares Purchased | 163,500 |
| Net Shares Retained | 111,501 |
| Net Funds Expended | $691,615.44 |

**Randy Slipher - Account 2**

| | Purchases | | | | Sales | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 12-21-2021 | 85 | 18.22 | $ 1,548.70 | 03-18-2022 | 85 | | $ 18.16 | $ 1,543.60 | - | - | - | $ 02.15 | | $ 05.10 | |
| 12-21-2021 | 500 | 18.22 | $ 9,110.00 | 08-12-2022 | 500 | | $ 17.42 | $ 8,710.00 | - | - | - | $ 02.15 | | $ 400.00 | |
| 12-21-2021 | 261 | 18.22 | $ 4,755.42 | 03-18-2022 | 261 | | $ 18.16 | $ 4,739.76 | - | - | - | $ 02.15 | | $ 15.66 | |
| 12-21-2021 | 140 | 18.22 | $ 2,550.80 | 03-18-2022 | 140 | | $ 18.16 | $ 2,542.40 | - | - | - | $ 02.15 | | $ 08.40 | |
| 12-21-2021 | 14 | 18.22 | $ 255.08 | 03-18-2022 | 14 | | $ 18.16 | $ 254.24 | - | - | - | $ 02.15 | | $ 00.84 | |
| 01-07-2022 | 500 | 17.03 | $ 8,515.00 | 03-18-2022 | 500 | | $ 18.16 | $ 9,080.00 | - | - | - | $ 02.15 | | -$ 565.00 | -$ 565.00 |
| 03-18-2022 | 400 | 18.14 | $ 7,256.00 | 04-04-2022 | 400 | | $ 20.65 | $ 8,260.00 | - | - | - | $ 02.15 | | -$ 1,004.00 | -$ 1,004.00 |
| 03-18-2022 | 100 | 18.14 | $ 1,814.00 | 04-04-2022 | 100 | | $ 20.65 | $ 2,065.00 | - | - | - | $ 02.15 | | -$ 251.00 | -$ 251.00 |
| 03-18-2022 | 100 | 18.1 | $ 1,810.00 | 04-04-2022 | 100 | | $ 20.65 | $ 2,065.00 | - | - | - | $ 02.15 | | -$ 255.00 | -$ 255.00 |
| 03-18-2022 | 100 | 18.1 | $ 1,810.00 | 04-04-2022 | 100 | | $ 20.65 | $ 2,065.00 | - | - | - | $ 02.15 | | -$ 255.00 | -$ 255.00 |
| 03-18-2022 | 300 | 18.1 | $ 5,430.00 | 04-04-2022 | 300 | | $ 20.65 | $ 6,195.00 | - | - | - | $ 02.15 | | -$ 765.00 | -$ 765.00 |
| 04-05-2022 | 200 | 19.8 | $ 3,960.00 | 08-12-2022 | 200 | | $ 17.40 | $ 3,480.00 | - | - | - | $ 02.15 | | $ 480.00 | |
| 04-05-2022 | 466 | 19.8 | $ 9,226.80 | 08-12-2022 | 466 | | $ 17.40 | $ 8,108.40 | - | - | - | $ 02.15 | | $ 1,118.40 | |
| 04-05-2022 | 334 | 19.8 | $ 6,613.20 | 08-12-2022 | 334 | | $ 17.40 | $ 5,811.60 | - | - | - | $ 02.15 | | $ 801.60 | |
| 04-05-2022 | 2 | 19.65 | $ 39.30 | 08-12-2022 | 2 | | $ 17.21 | $ 34.42 | - | - | - | $ 02.15 | | $ 04.88 | |
| 04-05-2022 | 187 | 19.65 | $ 3,674.55 | 08-12-2022 | 187 | | $ 17.21 | $ 3,218.27 | - | - | - | $ 02.15 | | $ 456.28 | |
| 04-05-2022 | 187 | 19.65 | $ 3,674.55 | 08-12-2022 | 187 | | $ 17.21 | $ 3,218.27 | - | - | - | $ 02.15 | | $ 456.28 | |
| 04-05-2022 | 187 | 19.65 | $ 3,674.55 | 08-12-2022 | 187 | | $ 17.21 | $ 3,218.27 | - | - | - | $ 02.15 | | $ 456.28 | |
| 04-05-2022 | 437 | 19.65 | $ 8,587.05 | 08-12-2022 | 437 | | $ 17.21 | $ 7,520.77 | - | - | - | $ 02.15 | | $ 1,066.28 | |
| 04-06-2022 | 50 | 18.05 | $ 902.50 | 08-12-2022 | 50 | | $ 17.15 | $ 857.50 | - | - | - | $ 02.15 | | $ 45.00 | |
| 04-06-2022 | 39 | 18.05 | $ 703.95 | 08-12-2022 | 39 | | $ 17.15 | $ 668.85 | - | - | - | $ 02.15 | | $ 35.10 | |
| 04-06-2022 | 911 | 18.05 | $ 16,443.55 | 08-12-2022 | 911 | | $ 17.15 | $ 15,623.65 | - | - | - | $ 02.15 | | $ 819.90 | |
| 04-06-2022 | 1000 | 17.9 | $ 17,900.00 | 06-10-2022 | 1000 | | $ 15.00 | $ 15,000.00 | - | - | - | $ 02.15 | | $ 2,900.00 | |
| 04-08-2022 | 604 | 17.07 | $ 10,310.28 | 06-10-2022 | 604 | | $ 15.00 | $ 9,060.00 | - | - | - | $ 02.15 | | $ 1,250.28 | |
| 04-08-2022 | 131 | 17.07 | $ 2,236.17 | 06-10-2022 | 131 | | $ 15.00 | $ 1,965.00 | - | - | - | $ 02.15 | | $ 271.17 | |
| 04-08-2022 | 265 | 17.07 | $ 4,523.55 | 06-10-2022 | 265 | | $ 15.00 | $ 3,975.00 | - | - | - | $ 02.15 | | $ 548.55 | |
| 06-14-2022 | 1000 | 12.1 | $ 12,100.00 | 08-12-2022 | 1000 | | $ 17.01 | $ 17,010.00 | - | - | - | $ 02.15 | | -$ 4,910.00 | -$ 4,910.00 |
| 06-29-2022 | 56 | 13.76 | $ 770.56 | 08-12-2022 | 56 | | $ 17.00 | $ 952.00 | - | - | - | $ 02.15 | | -$ 181.44 | -$ 181.44 |
| 06-29-2022 | 600 | 13.76 | $ 8,256.00 | 08-12-2022 | 600 | | $ 17.00 | $ 10,200.00 | - | - | - | $ 02.15 | | -$ 1,944.00 | -$ 1,944.00 |
| 06-29-2022 | 179 | 13.76 | $ 2,463.04 | 08-12-2022 | 179 | | $ 17.00 | $ 3,043.00 | - | - | - | $ 02.15 | | -$ 579.96 | -$ 579.96 |
| 06-29-2022 | 165 | 13.76 | $ 2,270.40 | 08-12-2022 | 165 | | $ 17.00 | $ 2,805.00 | - | - | - | $ 02.15 | | -$ 534.60 | -$ 534.60 |
| 07-11-2022 | 300 | 12.1 | $ 3,630.00 | 08-08-2022 | 300 | | $ 16.99 | $ 5,097.00 | - | - | - | $ 02.15 | | -$ 1,467.00 | -$ 1,467.00 |
| 07-11-2022 | 700 | 12.1 | $ 8,470.00 | 08-08-2022 | 700 | | $ 16.99 | $ 11,893.00 | - | - | - | $ 02.15 | | -$ 3,423.00 | -$ 3,423.00 |
| 07-11-2022 | 1000 | 12.1 | $ 12,100.00 | 08-12-2022 | 1000 | | $ 17.00 | $ 17,000.00 | - | - | - | $ 02.15 | | -$ 4,900.00 | -$ 4,900.00 |
| 07-12-2022 | 744 | 11.7 | $ 8,704.80 | 08-08-2022 | 744 | | $ 16.82 | $ 12,514.08 | - | - | - | $ 02.15 | | -$ 3,809.28 | -$ 3,809.28 |
| 07-12-2022 | 256 | 11.7 | $ 2,995.20 | 08-08-2022 | 256 | | $ 16.82 | $ 4,305.92 | - | - | - | $ 02.15 | | -$ 1,310.72 | -$ 1,310.72 |
| 07-12-2022 | 100 | 11.71 | $ 1,171.00 | 07-28-2022 | 100 | | $ 15.50 | $ 1,550.00 | - | - | - | $ 02.15 | | -$ 379.00 | -$ 379.00 |
| 07-12-2022 | 200 | 11.71 | $ 2,342.00 | 07-28-2022 | 200 | | $ 15.50 | $ 3,100.00 | - | - | - | $ 02.15 | | -$ 758.00 | -$ 758.00 |

| Date | Qty | Price | Amount | Date | Qty | Price | Amount | | Qty | Qty | Price | Amount | Amount | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07-12-2022 | 100 | 11.71 | $1,171.00 | 07-28-2022 | 100 | $15.50 | $1,550.00 | - | - | - | $02.15 | | -$379.00 | -$379.00 |
| 07-12-2022 | 100 | 11.71 | $1,171.00 | 07-28-2022 | 100 | $15.50 | $1,550.00 | - | - | - | $02.15 | | -$379.00 | -$379.00 |
| 07-12-2022 | 100 | 11.71 | $1,171.00 | 07-28-2022 | 100 | $15.50 | $1,550.00 | - | - | - | $02.15 | | -$379.00 | -$379.00 |
| 07-12-2022 | 400 | 11.71 | $4,684.00 | 07-28-2022 | 400 | $15.50 | $6,200.00 | - | - | - | $02.15 | | -$1,516.00 | -$1,516.00 |
| 07-15-2022 | 1000 | 11.3 | $11,300.00 | 07-28-2022 | 1000 | $15.50 | $15,500.00 | - | - | - | $02.15 | | -$4,200.00 | -$4,200.00 |
| 08-08-2022 | 60 | 16.4 | $984.00 | 08-12-2022 | 60 | $16.95 | $1,017.00 | - | - | - | $02.15 | | -$33.00 | -$33.00 |
| 08-08-2022 | 6 | 16.4 | $98.40 | 08-12-2022 | 6 | $16.95 | $101.70 | - | - | - | $02.15 | | -$03.30 | -$03.30 |
| 08-08-2022 | 934 | 16.4 | $15,317.60 | 08-12-2022 | 934 | $16.95 | $15,831.30 | - | - | - | $02.15 | | -$513.70 | -$513.70 |
| 08-08-2022 | 26 | 16.22 | $421.72 | 08-12-2022 | 26 | $16.95 | $440.70 | - | - | - | $02.15 | | -$18.98 | -$18.98 |
| 08-08-2022 | 100 | 16.22 | $1,622.00 | 08-12-2022 | 100 | $16.95 | $1,695.00 | - | - | - | $02.15 | | -$73.00 | -$73.00 |
| 08-08-2022 | 874 | 16.22 | $14,176.28 | 08-12-2022 | 874 | $16.95 | $14,814.30 | - | - | - | $02.15 | | -$638.02 | -$638.02 |
| 08-08-2022 | 73 | 16 | $1,168.00 | 08-12-2022 | 73 | $16.90 | $1,233.70 | - | - | - | $02.15 | | -$65.70 | -$65.70 |
| 08-08-2022 | 2 | 16 | $32.00 | 08-12-2022 | 2 | $16.90 | $33.80 | - | - | - | $02.15 | | -$01.80 | -$01.80 |
| 08-08-2022 | 5 | 16 | $80.00 | 08-12-2022 | 5 | $16.90 | $84.50 | - | - | - | $02.15 | | -$04.50 | -$04.50 |
| 08-08-2022 | 20 | 16 | $320.00 | 08-12-2022 | 20 | $16.90 | $338.00 | - | - | - | $02.15 | | -$18.00 | -$18.00 |
| 08-08-2022 | 31 | 16 | $496.00 | 08-12-2022 | 31 | $16.90 | $523.90 | - | - | - | $02.15 | | -$27.90 | -$27.90 |
| 08-08-2022 | 100 | 16 | $1,600.00 | 08-12-2022 | 100 | $16.90 | $1,690.00 | - | - | - | $02.15 | | -$90.00 | -$90.00 |
| 08-08-2022 | 100 | 16 | $1,600.00 | 08-12-2022 | 100 | $16.90 | $1,690.00 | - | - | - | $02.15 | | -$90.00 | -$90.00 |
| 08-08-2022 | 4 | 16 | $64.00 | 08-12-2022 | 4 | $16.90 | $67.60 | - | - | - | $02.15 | | -$03.60 | -$03.60 |
| 08-08-2022 | 5 | 16 | $80.00 | 08-12-2022 | 5 | $16.90 | $84.50 | - | - | - | $02.15 | | -$04.50 | -$04.50 |
| 08-08-2022 | 133 | 16 | $2,128.00 | 08-12-2022 | 133 | $16.90 | $2,247.70 | - | - | - | $02.15 | | -$119.70 | -$119.70 |
| 08-08-2022 | 200 | 16 | $3,200.00 | 08-12-2022 | 200 | $16.90 | $3,380.00 | - | - | - | $02.15 | | -$180.00 | -$180.00 |
| 08-08-2022 | 227 | 16 | $3,632.00 | 08-12-2022 | 227 | $16.90 | $3,836.30 | - | - | - | $02.15 | | -$204.30 | -$204.30 |
| 08-08-2022 | 31 | 16 | $496.00 | 08-12-2022 | 31 | $16.90 | $523.90 | - | - | - | $02.15 | | -$27.90 | -$27.90 |
| 08-08-2022 | 69 | 16 | $1,104.00 | 08-12-2022 | 69 | $16.90 | $1,166.10 | - | - | - | $02.15 | | -$62.10 | -$62.10 |
| 08-09-2022 | 427 | 15.61 | $6,665.47 | 08-11-2022 | 427 | $16.91 | $7,220.57 | - | - | - | $02.15 | | -$555.10 | -$555.10 |
| 08-09-2022 | 100 | 15.61 | $1,561.00 | 08-11-2022 | 100 | $16.91 | $1,691.00 | - | - | - | $02.15 | | -$130.00 | -$130.00 |
| 08-09-2022 | 4 | 15.61 | $62.44 | 08-11-2022 | 4 | $16.91 | $67.64 | - | - | - | $02.15 | | -$05.20 | -$05.20 |
| 08-09-2022 | 469 | 15.61 | $7,321.09 | 08-11-2022 | 469 | $16.91 | $7,930.79 | - | - | - | $02.15 | | -$609.70 | -$609.70 |
| 08-09-2022 | 1000 | 15.55 | $15,550.00 | 08-11-2022 | 1000 | $16.90 | $16,900.00 | - | - | - | $02.15 | | -$1,350.00 | -$1,350.00 |
| 08-09-2022 | 500 | 15.5 | $7,750.00 | 08-11-2022 | 500 | $17.10 | $8,550.00 | - | - | - | $02.15 | | -$800.00 | -$800.00 |
| 08-09-2022 | 500 | 15.34 | $7,670.00 | 08-11-2022 | 500 | $17.10 | $8,550.00 | - | - | - | $02.15 | | -$880.00 | -$880.00 |
| 08-11-2022 | 740 | 16.2 | $11,988.00 | 08-11-2022 | 740 | $16.81 | $12,439.40 | - | - | - | $02.15 | | -$451.40 | -$451.40 |
| 08-11-2022 | 260 | 16.2 | $4,212.00 | 08-11-2022 | 260 | $16.81 | $4,370.60 | - | - | - | $02.15 | | -$158.60 | -$158.60 |
| 08-26-2022 | 20 | 15.49 | $309.80 | 09-13-2022 | 20 | $16.90 | $338.00 | - | - | - | $02.15 | | -$28.20 | -$28.20 |
| 08-26-2022 | 1 | 15.49 | $15.49 | | | | | - | 1 | 1 | $02.15 | $02.15 | $13.34 | $13.34 |
| 08-26-2022 | 8 | 15.49 | $123.92 | 09-13-2022 | 8 | $16.90 | $135.20 | - | - | - | $02.15 | | -$11.28 | -$11.28 |
| 08-26-2022 | 42 | 15.49 | $650.58 | 09-13-2022 | 42 | $16.90 | $709.80 | - | - | - | $02.15 | | -$59.22 | -$59.22 |
| 08-26-2022 | 120 | 15.49 | $1,858.80 | 09-13-2022 | 120 | $16.90 | $2,028.00 | - | - | - | $02.15 | | -$169.20 | -$169.20 |
| 08-26-2022 | 100 | 15.49 | $1,549.00 | 09-13-2022 | 100 | $16.90 | $1,690.00 | - | - | - | $02.15 | | -$141.00 | -$141.00 |
| 08-26-2022 | 223 | 15.49 | $3,454.27 | 09-13-2022 | 223 | $16.90 | $3,768.70 | - | - | - | $02.15 | | -$314.43 | -$314.43 |
| 08-26-2022 | 10 | 15.49 | $154.90 | 09-13-2022 | 10 | $16.90 | $169.00 | - | - | - | $02.15 | | -$14.10 | -$14.10 |
| 08-26-2022 | 6 | 15.49 | $92.94 | 09-13-2022 | 6 | $16.90 | $101.40 | - | - | - | $02.15 | | -$08.46 | -$08.46 |
| 08-26-2022 | 97 | 15.49 | $1,502.53 | 09-13-2022 | 97 | $16.90 | $1,639.30 | - | - | - | $02.15 | | -$136.77 | -$136.77 |
| 08-26-2022 | 1 | 15.49 | $15.49 | 09-13-2022 | 1 | $16.90 | $16.90 | - | - | - | $02.15 | | -$01.41 | -$01.41 |
| 08-26-2022 | 100 | 15.49 | $1,549.00 | 09-13-2022 | 100 | $16.90 | $1,690.00 | - | - | - | $02.15 | | -$141.00 | -$141.00 |
| 08-26-2022 | 50 | 15.49 | $774.50 | 09-13-2022 | 50 | $16.90 | $845.00 | - | - | - | $02.15 | | -$70.50 | -$70.50 |
| 08-26-2022 | 100 | 15.49 | $1,549.00 | 09-13-2022 | 100 | $16.90 | $1,690.00 | - | - | - | $02.15 | | -$141.00 | -$141.00 |
| 08-26-2022 | 10 | 15.49 | $154.90 | 09-13-2022 | 10 | $16.90 | $169.00 | - | - | - | $02.15 | | -$14.10 | -$14.10 |
| 08-26-2022 | 1 | 15.49 | $15.49 | 09-13-2022 | 1 | $16.90 | $16.90 | - | - | - | $02.15 | | -$01.41 | -$01.41 |
| 08-26-2022 | 200 | 15.49 | $3,098.00 | 09-13-2022 | 200 | $16.90 | $3,380.00 | - | - | - | $02.15 | | -$282.00 | -$282.00 |
| 08-26-2022 | 50 | 15.49 | $774.50 | 09-13-2022 | 50 | $16.91 | $845.50 | - | - | - | $02.15 | | -$71.00 | -$71.00 |
| 08-26-2022 | 170 | 15.49 | $2,633.30 | 09-13-2022 | 170 | $16.90 | $2,873.00 | - | - | - | $02.15 | | -$239.70 | -$239.70 |
| 08-26-2022 | 50 | 15.49 | $774.50 | 09-13-2022 | 50 | $16.91 | $845.50 | - | - | - | $02.15 | | -$71.00 | -$71.00 |
| 08-26-2022 | 1 | 15.49 | $15.49 | 09-13-2022 | 1 | $16.90 | $16.90 | - | - | - | $02.15 | | -$01.41 | -$01.41 |
| 08-26-2022 | 30 | 15.49 | $464.70 | 09-13-2022 | 30 | $16.90 | $507.00 | - | - | - | $02.15 | | -$42.30 | -$42.30 |
| 08-26-2022 | 100 | 15.49 | $1,549.00 | 09-13-2022 | 100 | $16.90 | $1,690.00 | - | - | - | $02.15 | | -$141.00 | -$141.00 |
| 08-26-2022 | 1 | 15.49 | $15.49 | 09-13-2022 | 1 | $16.90 | $16.90 | - | - | - | $02.15 | | -$01.41 | -$01.41 |
| 08-26-2022 | 4 | 15.49 | $61.96 | 09-13-2022 | 4 | $16.90 | $67.60 | - | - | - | $02.15 | | -$05.64 | -$05.64 |
| 08-26-2022 | 200 | 15.49 | $3,098.00 | 09-13-2022 | 200 | $16.90 | $3,380.00 | - | - | - | $02.15 | | -$282.00 | -$282.00 |
| 08-26-2022 | 5 | 15.49 | $77.45 | 09-13-2022 | 5 | $16.90 | $84.50 | - | - | - | $02.15 | | -$07.05 | -$07.05 |
| 08-26-2022 | 100 | 15.49 | $1,549.00 | 09-13-2022 | 100 | $16.90 | $1,690.00 | - | - | - | $02.15 | | -$141.00 | -$141.00 |
| 08-26-2022 | 100 | 15.49 | $1,549.00 | 09-13-2022 | 100 | $16.90 | $1,690.00 | - | - | - | $02.15 | | -$141.00 | -$141.00 |
| 08-26-2022 | 10 | 15.49 | $154.90 | 09-13-2022 | 10 | $16.92 | $169.20 | - | - | - | $02.15 | | -$14.30 | -$14.30 |
| 08-26-2022 | 13 | 15.49 | $201.37 | 09-13-2022 | 13 | $16.92 | $219.96 | - | - | - | $02.15 | | -$18.59 | -$18.59 |
| 08-26-2022 | 77 | 15.49 | $1,192.73 | 09-13-2022 | 77 | $16.90 | $1,301.30 | - | - | - | $02.15 | | -$108.57 | -$108.57 |
| 08-26-2022 | 1000 | 15 | $15,000.00 | 09-09-2022 | 1000 | $17.50 | $17,500.00 | - | - | - | $02.15 | | -$2,500.00 | -$2,500.00 |
| 08-30-2022 | 100 | 14.75 | $1,475.00 | 09-08-2022 | 100 | $17.00 | $1,700.00 | - | - | - | $02.15 | | -$225.00 | -$225.00 |
| 08-30-2022 | 900 | 14.75 | $13,275.00 | 09-08-2022 | 900 | $17.00 | $15,300.00 | - | - | - | $02.15 | | -$2,025.00 | -$2,025.00 |
| 09-06-2022 | 1000 | 14.4 | $14,400.00 | 09-08-2022 | 1000 | $16.40 | $16,400.00 | - | - | - | $02.15 | | -$2,000.00 | -$2,000.00 |
| 09-23-2022 | 1000 | 14.96 | $14,960.00 | | | | | - | 1000 | 1000 | $02.15 | $2,153.96 | $12,806.04 | $12,806.04 |
| 09-23-2022 | 1000 | 14.96 | $14,960.00 | | | | | - | 1000 | 1000 | $02.15 | $2,153.96 | $12,806.04 | $12,806.04 |
| 09-23-2022 | 1000 | 14.4 | $14,400.00 | | | | | - | 1000 | 1000 | $02.15 | $2,153.96 | $12,246.04 | $12,246.04 |
| 11-02-2022 | 145 | 13.4 | $1,943.00 | | | | | - | 145 | 145 | $02.15 | $312.32 | $1,630.68 | $1,630.68 |
| 11-02-2022 | 400 | 13.4 | $5,360.00 | | | | | - | 400 | 400 | $02.15 | $861.58 | $4,498.42 | $4,498.42 |
| 11-02-2022 | 455 | 13.4 | $6,097.00 | | | | | - | 455 | 455 | $02.15 | $980.05 | $5,116.95 | $5,116.95 |

| Date | Shares | Price | Amount | Date | Shares | Price | Amount | | Shares | Shares | Fee | Amount | Amount | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11-04-2022 | 1 | 12.7 | $12.70 | | | | | - | 1 | 1 | $02.15 | | $10.55 | $10.55 |
| 11-04-2022 | 4 | 12.7 | $50.80 | | | | | - | 4 | 4 | $02.15 | $08.62 | $42.18 | $42.18 |
| 11-04-2022 | 650 | 12.7 | $8,255.00 | | | | | - | 650 | 650 | $02.15 | $1,400.07 | $6,854.93 | $6,854.93 |
| 11-04-2022 | 345 | 12.7 | $4,381.50 | | | | | - | 345 | 345 | $02.15 | $743.12 | $3,638.38 | $3,638.38 |
| 11-04-2022 | 1000 | 12.5 | $12,500.00 | | | | | - | 1000 | 1000 | $02.15 | $2,153.96 | $10,346.04 | $10,346.04 |
| 11-04-2022 | 100 | 12.54 | $1,254.00 | | | | | - | 100 | 100 | $02.15 | $215.40 | $1,038.60 | $1,038.60 |
| 11-04-2022 | 100 | 12.54 | $1,254.00 | | | | | - | 100 | 100 | $02.15 | $215.40 | $1,038.60 | $1,038.60 |
| 11-04-2022 | 100 | 12.54 | $1,254.00 | | | | | - | 100 | 100 | $02.15 | $215.40 | $1,038.60 | $1,038.60 |
| 11-04-2022 | 100 | 12.54 | $1,254.00 | | | | | - | 100 | 100 | $02.15 | $215.40 | $1,038.60 | $1,038.60 |
| 11-04-2022 | 100 | 12.54 | $1,254.00 | | | | | - | 100 | 100 | $02.15 | $215.40 | $1,038.60 | $1,038.60 |
| 11-04-2022 | 100 | 12.54 | $1,254.00 | | | | | - | 100 | 100 | $02.15 | $215.40 | $1,038.60 | $1,038.60 |
| 11-04-2022 | 100 | 12.54 | $1,254.00 | | | | | - | 100 | 100 | $02.15 | $215.40 | $1,038.60 | $1,038.60 |
| 11-04-2022 | 100 | 12.54 | $1,254.00 | | | | | - | 100 | 100 | $02.15 | $215.40 | $1,038.60 | $1,038.60 |
| 11-04-2022 | 100 | 12.54 | $1,254.00 | | | | | - | 100 | 100 | $02.15 | $215.40 | $1,038.60 | $1,038.60 |
| 11-04-2022 | 1000 | 12.5 | $12,500.00 | | | | | - | 1000 | 1000 | $02.15 | $2,153.96 | $10,346.04 | $10,346.04 |
| 11-04-2022 | 22 | 12.47 | $274.34 | | | | | - | 22 | 22 | $02.15 | $47.39 | $226.95 | $226.95 |
| 11-04-2022 | 7 | 12.47 | $87.29 | | | | | - | 7 | 7 | $02.15 | $15.08 | $72.21 | $72.21 |
| 11-04-2022 | 371 | 12.47 | $4,626.37 | | | | | - | 371 | 371 | $02.15 | $799.12 | $3,827.25 | $3,827.25 |
| 11-04-2022 | 100 | 12.47 | $1,247.00 | | | | | - | 100 | 100 | $02.15 | $215.40 | $1,031.60 | $1,031.60 |
| 11-04-2022 | 1000 | 12.45 | $12,450.00 | | | | | - | 1000 | 1000 | $02.15 | $2,153.96 | $10,296.04 | $10,296.04 |
| 11-04-2022 | 4 | 12.42 | $49.68 | | | | | - | 4 | 4 | $02.15 | $08.62 | $41.06 | $41.06 |
| 11-04-2022 | 4 | 12.42 | $49.68 | | | | | - | 4 | 4 | $02.15 | $08.62 | $41.06 | $41.06 |
| 11-04-2022 | 4 | 12.42 | $49.68 | | | | | - | 4 | 4 | $02.15 | $08.62 | $41.06 | $41.06 |
| 11-04-2022 | 4 | 12.42 | $49.68 | | | | | - | 4 | 4 | $02.15 | $08.62 | $41.06 | $41.06 |
| 11-04-2022 | 9 | 12.42 | $111.78 | | | | | - | 9 | 9 | $02.15 | $19.39 | $92.39 | $92.39 |
| 11-04-2022 | 475 | 12.42 | $5,899.50 | | | | | - | 475 | 475 | $02.15 | $1,023.13 | $4,876.37 | $4,876.37 |
| 11-07-2022 | 1000 | 11.75 | $11,750.00 | | | | | - | 1000 | 1000 | $02.15 | $2,153.96 | $9,596.04 | $9,596.04 |
| 11-18-2022 | 450 | 12.41 | $5,584.50 | | | | | - | 450 | 450 | $02.15 | $969.28 | $4,615.22 | $4,615.22 |
| 11-18-2022 | 12 | 12.41 | $148.92 | | | | | - | 12 | 12 | $02.15 | $25.85 | $123.07 | $123.07 |
| 11-18-2022 | 538 | 12.41 | $6,676.58 | | | | | - | 538 | 538 | $02.15 | $1,158.83 | $5,517.75 | $5,517.75 |
| 11-18-2022 | 1000 | 12.3 | $12,300.00 | | | | | - | 1000 | 1000 | $02.15 | $2,153.96 | $10,146.04 | $10,146.04 |
| 11-22-2022 | 2000 | 11.4 | $22,800.00 | | | | | - | 2000 | 2000 | $02.15 | $4,307.92 | $18,492.08 | $18,492.08 |
| 11-28-2022 | 203 | 11.4 | $2,314.20 | 11-30-2022 | 203 | $12.25 | $2,486.75 | - | - | - | $02.15 | | -$172.55 | -$172.55 |
| 11-28-2022 | 797 | 11.4 | $9,085.80 | 11-30-2022 | 797 | $12.25 | $9,763.25 | - | - | - | $02.15 | | -$677.45 | -$677.45 |
| 12-02-2022 | 337 | 11.6 | $3,909.20 | | | | | - | 337 | 337 | $02.15 | $725.88 | $3,183.32 | $3,183.32 |
| 12-02-2022 | 7 | 11.6 | $81.20 | | | | | - | 7 | 7 | $02.15 | $15.08 | $66.12 | $66.12 |
| 12-02-2022 | 200 | 11.6 | $2,320.00 | | | | | - | 200 | 200 | $02.15 | $430.79 | $1,889.21 | $1,889.21 |
| 12-02-2022 | 200 | 11.6 | $2,320.00 | | | | | - | 200 | 200 | $02.15 | $430.79 | $1,889.21 | $1,889.21 |
| 12-02-2022 | 256 | 11.6 | $2,969.60 | | | | | - | 256 | 256 | $02.15 | $551.41 | $2,418.19 | $2,418.19 |
| 12-02-2022 | 1000 | 11.4 | $11,400.00 | | | | | - | 1000 | 1000 | $02.15 | $2,153.96 | $9,246.04 | $9,246.04 |
| 12-06-2022 | 1000 | 11.35 | $11,350.00 | | | | | - | 1000 | 1000 | $02.15 | $2,153.96 | $9,196.04 | $9,196.04 |
| 12-06-2022 | 1000 | 11 | $11,000.00 | | | | | - | 1000 | 1000 | $02.15 | $2,153.96 | $8,846.04 | $8,846.04 |
| 12-15-2022 | 1000 | 10.64 | $10,640.00 | 01-18-2023 | 1000 | $12.64 | $12,640.00 | - | - | - | $02.15 | | -$2,000.00 | -$2,000.00 |
| 12-16-2022 | 100 | 10.53 | $1,053.00 | 01-18-2023 | 100 | $12.60 | $1,260.00 | - | - | - | $02.15 | | -$207.00 | -$207.00 |
| 12-16-2022 | 100 | 10.53 | $1,053.00 | 01-18-2023 | 100 | $12.60 | $1,260.00 | - | - | - | $02.15 | | -$207.00 | -$207.00 |
| 12-16-2022 | 800 | 10.53 | $8,424.00 | 01-18-2023 | 800 | $12.60 | $10,080.00 | - | - | - | $02.15 | | -$1,656.00 | -$1,656.00 |
| 12-19-2022 | 100 | 10 | $1,000.00 | 01-18-2023 | 100 | $12.60 | $1,260.00 | - | - | - | $02.15 | | -$260.00 | -$260.00 |
| 12-19-2022 | 900 | 10 | $9,000.00 | 01-18-2023 | 900 | $12.60 | $11,340.00 | - | - | - | $02.15 | | -$2,340.00 | -$2,340.00 |
| 12-30-2022 | 255 | 8.98 | $2,289.90 | 12-30-2022 | 255 | $09.38 | $2,391.90 | - | - | - | $02.15 | | -$102.00 | -$102.00 |
| 12-30-2022 | 3 | 8.98 | $26.94 | 12-30-2022 | 3 | $09.38 | $28.14 | - | - | - | $02.15 | | -$01.20 | -$01.20 |
| 12-30-2022 | 100 | 8.98 | $898.00 | 12-30-2022 | 100 | $09.38 | $938.00 | - | - | - | $02.15 | | -$40.00 | -$40.00 |
| 12-30-2022 | 200 | 8.98 | $1,796.00 | 12-30-2022 | 200 | $09.38 | $1,876.00 | - | - | - | $02.15 | | -$80.00 | -$80.00 |
| 12-30-2022 | 442 | 8.98 | $3,969.16 | 12-30-2022 | 442 | $09.38 | $4,145.96 | - | - | - | $02.15 | | -$176.80 | -$176.80 |
| 01-19-2023 | 700 | 11.58 | $8,106.00 | 02-01-2023 | 700 | $12.60 | $8,820.00 | - | - | - | $02.15 | | -$714.00 | -$714.00 |
| 01-19-2023 | 200 | 11.58 | $2,316.00 | 02-01-2023 | 200 | $12.60 | $2,520.00 | - | - | - | $02.15 | | -$204.00 | -$204.00 |
| 01-19-2023 | 100 | 11.58 | $1,158.00 | 02-01-2023 | 100 | $12.60 | $1,260.00 | - | - | - | $02.15 | | -$102.00 | -$102.00 |
| 01-19-2023 | 1000 | 11.58 | $11,580.00 | 02-02-2023 | 1000 | $13.01 | $13,010.00 | - | - | - | $02.15 | | -$1,430.00 | -$1,430.00 |
| 01-19-2023 | 700 | 11.5 | $8,050.00 | 02-01-2023 | 700 | $12.60 | $8,820.00 | - | - | - | $02.15 | | -$770.00 | -$770.00 |
| 01-19-2023 | 300 | 11.5 | $3,450.00 | 02-01-2023 | 300 | $12.60 | $3,780.00 | - | - | - | $02.15 | | -$330.00 | -$330.00 |
| 01-19-2023 | 100 | 11 | $1,100.00 | 02-01-2023 | 100 | $12.60 | $1,260.00 | - | - | - | $02.15 | | -$160.00 | -$160.00 |
| 01-19-2023 | 100 | 11 | $1,100.00 | 02-01-2023 | 100 | $12.60 | $1,260.00 | - | - | - | $02.15 | | -$160.00 | -$160.00 |
| 01-19-2023 | 100 | 11 | $1,100.00 | 02-01-2023 | 100 | $12.60 | $1,260.00 | - | - | - | $02.15 | | -$160.00 | -$160.00 |
| 01-19-2023 | 700 | 11 | $7,700.00 | 02-01-2023 | 700 | $12.60 | $8,820.00 | - | - | - | $02.15 | | -$1,120.00 | -$1,120.00 |
| 01-19-2023 | 1000 | 10.8 | $10,800.00 | 02-01-2023 | 1000 | $12.60 | $12,600.00 | - | - | - | $02.15 | | -$1,800.00 | -$1,800.00 |
| 02-09-2023 | 1000 | 11.8 | $11,800.00 | | | | | - | 1000 | 1000 | $02.15 | $2,153.96 | $9,646.04 | $9,646.04 |
| 02-10-2023 | 1755 | 11.6 | $20,358.00 | 02-15-2023 | 1755 | $13.10 | $22,990.50 | - | - | - | $02.15 | | -$2,632.50 | -$2,632.50 |
| 02-10-2023 | 245 | 11.6 | $2,842.00 | 02-15-2023 | 245 | $13.10 | $3,209.50 | - | - | - | $02.15 | | -$367.50 | -$367.50 |
| 02-13-2023 | 302 | 11.1 | $3,352.20 | 02-15-2023 | 302 | $13.00 | $3,926.00 | - | - | - | $02.15 | | -$573.80 | -$573.80 |
| 02-13-2023 | 400 | 11.1 | $4,440.00 | 02-15-2023 | 400 | $13.00 | $5,200.00 | - | - | - | $02.15 | | -$760.00 | -$760.00 |
| 02-13-2023 | 1298 | 11.1 | $14,407.80 | 02-15-2023 | 1298 | $13.00 | $16,874.00 | - | - | - | $02.15 | | -$2,466.20 | -$2,466.20 |
| 02-21-2023 | 100 | 11.75 | $1,175.00 | | | | | - | 100 | 100 | $02.15 | $215.40 | $959.60 | $959.60 |
| 02-21-2023 | 153 | 11.75 | $1,797.75 | | | | | - | 153 | 153 | $02.15 | $329.56 | $1,468.19 | $1,468.19 |
| 02-21-2023 | 47 | 11.75 | $552.25 | | | | | - | 47 | 47 | $02.15 | $101.24 | $451.01 | $451.01 |
| 02-21-2023 | 166 | 11.75 | $1,950.50 | | | | | - | 166 | 166 | $02.15 | $357.56 | $1,592.94 | $1,592.94 |
| 02-21-2023 | 412 | 11.75 | $4,841.00 | | | | | - | 412 | 412 | $02.15 | $887.43 | $3,953.57 | $3,953.57 |

| Purchase Date | Shares | Price | Amount | Sale Date | Shares | Shares | Sale Price | Sale Amount | Amount | Shares | Shares | Price | Amount | Value | Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02-21-2023 | 165 | 11.75 | 2,938.75 | | | | | | | 165 | 165 | $ 02.15 | $ 355.40 | $ 1,583.35 | $ 1,583.35 |
| 02-21-2023 | 247 | 11.75 | $ 2,902.25 | | | | | | | 247 | 247 | $ 02.15 | $ 532.03 | $ 2,370.22 | $ 2,370.22 |
| 02-21-2023 | 710 | 11.75 | $ 8,342.50 | | | | | | | 710 | 710 | $ 02.15 | $ 1,529.31 | $ 6,813.19 | $ 6,813.19 |
| 02-22-2023 | 2000 | 11.25 | $ 22,500.00 | | | | | | | 2000 | 2000 | $ 02.15 | $ 4,307.92 | $ 18,192.08 | $ 18,192.08 |
| 02-23-2023 | 1000 | 11.26 | $ 11,260.00 | | | | | | | 1000 | 1000 | $ 02.15 | $ 2,153.96 | $ 9,106.04 | $ 9,106.04 |
| 02-23-2023 | 700 | 11.14 | $ 7,798.00 | | | | | | | 700 | 700 | $ 02.15 | $ 1,507.77 | $ 6,290.23 | $ 6,290.23 |
| 02-23-2023 | 300 | 11.14 | $ 3,342.00 | | | | | | | 300 | 300 | $ 02.15 | $ 646.19 | $ 2,695.81 | $ 2,695.81 |
| 02-23-2023 | 1000 | 11.1 | $ 11,100.00 | | | | | | | 1000 | 1000 | $ 02.15 | $ 2,153.96 | $ 8,946.04 | $ 8,946.04 |
| 02-23-2023 | 1000 | 11 | $ 11,000.00 | | | | | | | 1000 | 1000 | $ 02.15 | $ 2,153.96 | $ 8,846.04 | $ 8,846.04 |
| 02-23-2023 | 5000 | 11 | $ 55,000.00 | | | | | | | 5000 | 5000 | $ 02.15 | $ 10,769.79 | $ 44,230.21 | $ 44,230.21 |
| 02-24-2023 | 384 | 10.62 | $ 4,078.08 | 02-28-2023 | 384 | | $ 11.62 | $ 4,462.08 | | - | - | $ 02.15 | | -$ 384.00 | -$ 384.00 |
| 02-24-2023 | 116 | 10.62 | $ 1,231.92 | 02-28-2023 | 116 | | $ 11.62 | $ 1,347.92 | | - | - | $ 02.15 | | -$ 116.00 | -$ 116.00 |
| 02-24-2023 | 100 | 10.62 | $ 1,062.00 | 02-28-2023 | 100 | | $ 11.62 | $ 1,162.00 | | - | - | $ 02.15 | | -$ 100.00 | -$ 100.00 |
| 02-24-2023 | 24 | 10.62 | $ 254.88 | 02-28-2023 | 24 | | $ 11.62 | $ 278.88 | | - | - | $ 02.15 | | -$ 24.00 | -$ 24.00 |
| 02-24-2023 | 1376 | 10.62 | $ 14,613.12 | 02-28-2023 | 1376 | | $ 11.62 | $ 15,989.12 | | - | - | $ 02.15 | | -$ 1,376.00 | -$ 1,376.00 |
| 02-24-2023 | 34 | 10.41 | $ 353.94 | 02-28-2023 | 34 | | $ 11.50 | $ 391.00 | | - | - | $ 02.15 | | -$ 37.06 | -$ 37.06 |
| 02-24-2023 | 966 | 10.41 | $ 10,056.06 | 02-28-2023 | 966 | | $ 11.50 | $ 11,109.00 | | - | - | $ 02.15 | | -$ 1,052.94 | -$ 1,052.94 |
| 03-02-2023 | 1200 | 9.72 | $ 11,664.00 | | | | | | | 1200 | 1200 | $ 02.15 | $ 2,584.75 | $ 9,079.25 | $ 9,079.25 |
| 03-02-2023 | 222 | 9.72 | $ 2,157.84 | | | | | | | 222 | 222 | $ 02.15 | $ 478.18 | $ 1,679.66 | $ 1,679.66 |
| 03-02-2023 | 35 | 9.72 | $ 340.20 | | | | | | | 35 | 35 | $ 02.15 | $ 75.39 | $ 264.81 | $ 264.81 |
| 03-02-2023 | 543 | 9.72 | $ 5,277.96 | | | | | | | 543 | 543 | $ 02.15 | $ 1,169.60 | $ 4,108.36 | $ 4,108.36 |
| 03-03-2023 | 63 | 9.94 | $ 626.22 | | | | | | | 63 | 63 | $ 02.15 | $ 135.70 | $ 490.52 | $ 490.52 |
| 03-03-2023 | 10 | 9.94 | $ 99.40 | | | | | | | 10 | 10 | $ 02.15 | $ 21.54 | $ 77.86 | $ 77.86 |
| 03-03-2023 | 300 | 9.94 | $ 2,982.00 | | | | | | | 300 | 300 | $ 02.15 | $ 646.19 | $ 2,335.81 | $ 2,335.81 |
| 03-03-2023 | 400 | 9.94 | $ 3,976.00 | | | | | | | 400 | 400 | $ 02.15 | $ 861.58 | $ 3,114.42 | $ 3,114.42 |
| 03-03-2023 | 1227 | 9.94 | $ 12,196.38 | | | | | | | 1227 | 1227 | $ 02.15 | $ 2,642.91 | $ 9,553.47 | $ 9,553.47 |
| 03-08-2023 | 1000 | 10 | $ 10,000.00 | | | | | | | 1000 | 1000 | $ 02.15 | $ 2,153.96 | $ 7,846.04 | $ 7,846.04 |
| 03-10-2023 | 514 | 9.7 | $ 4,985.80 | | | | | | | 514 | 514 | $ 02.15 | $ 1,107.13 | $ 3,878.67 | $ 3,878.67 |
| 03-10-2023 | 42 | 9.7 | $ 407.40 | | | | | | | 42 | 42 | $ 02.15 | $ 90.47 | $ 316.93 | $ 316.93 |
| 03-10-2023 | 444 | 9.7 | $ 4,306.80 | | | | | | | 444 | 444 | $ 02.15 | $ 956.36 | $ 3,350.44 | $ 3,350.44 |
| 03-10-2023 | 1000 | 9.59 | $ 9,590.00 | | | | | | | 1000 | 1000 | $ 02.15 | $ 2,153.96 | $ 7,436.04 | $ 7,436.04 |
| 03-10-2023 | 46 | 9.6 | $ 441.60 | | | | | | | 46 | 46 | $ 02.15 | $ 99.08 | $ 342.52 | $ 342.52 |
| 03-10-2023 | 954 | 9.6 | $ 9,158.40 | | | | | | | 954 | 954 | $ 02.15 | $ 2,054.88 | $ 7,103.52 | $ 7,103.52 |
| 03-13-2023 | 371 | 9.4 | $ 3,487.40 | | | | | | | 371 | 371 | $ 02.15 | $ 799.12 | $ 2,688.28 | $ 2,688.28 |
| 03-13-2023 | 400 | 9.4 | $ 3,760.00 | | | | | | | 400 | 400 | $ 02.15 | $ 861.58 | $ 2,898.42 | $ 2,898.42 |
| 03-13-2023 | 229 | 9.4 | $ 2,152.60 | | | | | | | 229 | 229 | $ 02.15 | $ 493.26 | $ 1,659.34 | $ 1,659.34 |
| 03-15-2023 | 897 | 9.22 | $ 8,270.34 | | | | | | | 897 | 897 | $ 02.15 | $ 1,932.10 | $ 6,338.24 | $ 6,338.24 |
| 03-15-2023 | 100 | 9.22 | $ 922.00 | | | | | | | 100 | 100 | $ 02.15 | $ 215.40 | $ 706.60 | $ 706.60 |
| 03-15-2023 | 3 | 9.22 | $ 27.66 | | | | | | | 3 | 3 | $ 02.15 | $ 06.46 | $ 21.20 | $ 21.20 |
| 03-15-2023 | 65 | 9.22 | $ 599.30 | | | | | | | 65 | 65 | $ 02.15 | $ 140.01 | $ 459.29 | $ 459.29 |
| 03-15-2023 | 935 | 9.22 | $ 8,620.70 | | | | | | | 935 | 935 | $ 02.15 | $ 2,013.95 | $ 6,606.75 | $ 6,606.75 |
| 03-15-2023 | 1000 | 9 | $ 9,000.00 | | | | | | | 1000 | 1000 | $ 02.15 | $ 2,153.96 | $ 6,846.04 | $ 6,846.04 |
| 04-14-2023 | 1000 | 8.5 | $ 8,500.00 | | | | | | | 1000 | 1000 | $ 02.15 | $ 2,153.96 | $ 6,346.04 | $ 6,346.04 |
| 05-02-2023 | 3000 | 8.2 | $ 24,600.00 | | | | | | | 3000 | 3000 | $ 02.15 | $ 6,461.87 | $ 18,138.13 | $ 18,138.13 |
| 05-16-2023 | 2000 | 8 | $ 16,000.00 | 05-30-2023 | 2000 | | $ 09.50 | $ 19,000.00 | | - | - | $ 02.15 | | -$ 3,000.00 | -$ 3,000.00 |
| 05-17-2023 | 2000 | 8.02 | $ 16,040.00 | 05-30-2023 | 2000 | | $ 09.31 | $ 18,620.00 | | - | - | $ 02.15 | | -$ 2,580.00 | -$ 2,580.00 |
| 06-12-2023 | 4000 | 8.2 | $ 32,800.00 | | | | | | | 4000 | 4000 | $ 02.15 | $ 8,615.83 | $ 24,184.17 | $ 24,184.17 |
| 06-12-2023 | 2000 | 8 | $ 16,000.00 | 12-01-2023 | | 2000 | $ 01.99 | | $ 3,980.00 | 2000 | - | $ 02.15 | | $ 12,020.00 | $ 12,020.00 |
| 06-12-2023 | 3000 | 8 | $ 24,000.00 | | | | | | | 3000 | 3000 | $ 02.15 | $ 6,461.87 | $ 17,538.13 | $ 17,538.13 |
| 08-14-2023 | 2000 | 7.62 | $ 15,240.00 | 12-01-2023 | | 2000 | $ 01.99 | | $ 3,980.00 | 2000 | - | $ 02.15 | | $ 11,260.00 | $ 11,260.00 |
| 08-14-2023 | 3000 | 7.57 | $ 22,710.00 | 12-01-2023 | | 3000 | $ 01.99 | | $ 5,970.00 | 3000 | - | $ 02.15 | | $ 16,740.00 | $ 16,740.00 |
| 08-16-2023 | 5000 | 7.3 | $ 36,500.00 | 12-01-2023 | | 5000 | $ 01.99 | | $ 9,950.00 | 5000 | - | $ 02.15 | | $ 26,550.00 | $ 26,550.00 |
| 09-21-2023 | 5000 | 5 | $ 25,000.00 | 12-01-2023 | | 5000 | $ 01.99 | | $ 9,950.00 | 5000 | - | $ 02.15 | | $ 15,050.00 | $ 15,050.00 |
| 10-19-2023 | 3000 | 3.25 | $ 9,750.00 | 12-01-2023 | | 3000 | $ 01.99 | | $ 5,970.00 | 3000 | - | $ 02.15 | | $ 3,780.00 | $ 3,780.00 |
| 10-24-2023 | 5000 | 2.88 | $ 14,400.00 | 12-01-2023 | | 5000 | $ 01.99 | | $ 9,950.00 | 5000 | - | $ 02.15 | | $ 4,450.00 | $ 4,450.00 |
| 10-24-2023 | 5000 | 2.88 | $ 14,400.00 | 12-01-2023 | | 5000 | $ 01.99 | | $ 9,950.00 | 5000 | - | $ 02.15 | | $ 4,450.00 | $ 4,450.00 |
| 10-24-2023 | 5000 | 2.88 | $ 14,400.00 | 12-01-2023 | | 5000 | $ 01.99 | | $ 9,950.00 | 5000 | - | $ 02.15 | | $ 4,450.00 | $ 4,450.00 |
| 10-24-2023 | 5000 | 2.88 | $ 14,400.00 | 12-01-2023 | | 5000 | $ 01.99 | | $ 9,950.00 | 5000 | - | $ 02.15 | | $ 4,450.00 | $ 4,450.00 |
| 10-24-2023 | 5000 | 2.87 | $ 14,350.00 | 12-01-2023 | | 5000 | $ 01.99 | | $ 9,950.00 | 5000 | - | $ 02.15 | | $ 4,400.00 | $ 4,400.00 |
| 10-24-2023 | 5000 | 2.87 | $ 14,350.00 | 12-01-2023 | | 5000 | $ 01.99 | | $ 9,950.00 | 5000 | - | $ 02.15 | | $ 4,400.00 | $ 4,400.00 |
| 10-24-2023 | 5000 | 2.87 | $ 14,350.00 | 12-01-2023 | | 5000 | $ 01.99 | | $ 9,950.00 | 5000 | - | $ 02.15 | | $ 4,400.00 | $ 4,400.00 |
| 10-24-2023 | 5000 | 2.87 | $ 14,350.00 | 12-01-2023 | | 5000 | $ 01.99 | | $ 9,950.00 | 5000 | - | $ 02.15 | | $ 4,400.00 | $ 4,400.00 |
| Matched against pre class period holdings | | | | 08-12-2022 | 500 | | $ 17.42 | $ 8,710.00 | | - | - | $ 02.15 | | | |
| Matched against pre class period holdings | | | | 08-12-2022 | 2000 | | $ 17.43 | $ 34,860.00 | | - | - | $ 02.15 | | | |
| Matched against pre class period holdings | | | | 08-12-2022 | 1000 | | $ 17.35 | $ 17,350.00 | | - | - | $ 02.15 | | | |
| Matched against pre class period holdings | | | | 08-12-2022 | 1000 | | $ 17.36 | $ 17,360.00 | | - | - | $ 02.15 | | | |
| **Total:** | **163,500** | | **$1,465,640.00** | | **51,999** | **60000** | | **$774,024.56** | **$119,400** | **116,001** | **56,001** | | **$ 120,623.82** | **$ 529,871.62** | **$ 518,731.62** |

| SUMMARY OF FINANCIAL INTEREST - ALL ACCTS | |
|---|---|
| LIFO Loss Total | $ 532,627.43 |
| DURALIFO* Total | $ 521,487.43 |
| Gross Shares Purchased | 163,800 |
| Net Shares Retained | 111,801 |
| Net Funds Expended | $695,017.44 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.