# EXHIBIT D

**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com
Email: amccall@zlk.com

*Attorneys for Movant Randy Slipher*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAROOQ KHAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHARGEPOINT HOLDINGS, INC., PASQUALE ROMANO, and REX S. JACKSON,<br><br>Defendants. | Case No.: 5:23-cv-06172-PCP<br><br>**DECLARATION OF RANDY SLIPHER IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF**<br><br>Date:          March 5, 2024<br>Time:          10:00 a.m.<br>Courtroom:  8-4th Floor<br>Judge:        Hon. P. Casey Pitts |
| COLBY SMITH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHARGEPOINT HOLDINGS, INC., PASQUALE ROMANO, and REX S. JACKSON,<br><br>Defendants. | Case No.: 3:24-cv-00363-JSC |

DECLARATION OF RANDY SLIPHER IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD
PLAINTIFF

I, Randy Slipher, pursuant to 28 U.S.C. § 1746, declare as follow:

1.      I respectfully submit this Declaration in support of my motion for appointment as Lead Plaintiff in the above-captioned securities class actions (the "Actions") against ChargePoint Holdings, Inc. ("ChargePoint" or the "Company"). I have personal knowledge about the facts stated herein and could competently testify to them if called to do so.

2.      I currently reside in Troutdale, Oregon. I am the owner and president several companies including Affordable Roofing Inc., Slipher Investment Inc., and Slipher Properties LLC. I have been investing in securities for four years. I also invest in real estate and commercial properties. Further, I have experience hiring and overseeing attorneys in securities actions. I moved for lead plaintiff in a class action against Lordstown Motors Corp., but ultimately was not appointed because I did not have the largest loss. I also moved for lead plaintiff in a case against Washington Prime Group, Inc. and am currently the court-appointed lead plaintiff in that action. Aside from securities class actions, I am also overseeing attorneys in a bankruptcy proceeding against Electric Last Mile, Inc., and regularly work with attorneys relating to my companies for routine business matters.

3.      I am both capable and qualified to serve as the lead plaintiff in the Actions. By virtue of my significant financial interest in the resolution of the Actions, I am motivated to litigate vigorously, efficiently, and to the best of my ability to maximize the potential recovery for myself and the Class I seek to represent.

4.      Prior to seeking appointment as lead plaintiff in the Actions, I communicated with Levi & Korsinsky, LLP about the lead plaintiff process, the responsibilities of a lead plaintiff, and how the Actions would progress after a lead plaintiff is appointed. I understand that a lead plaintiff is required to direct the litigation on behalf of the Class, stay apprised of all material developments of the litigation, and act in the best interests of the Class throughout the litigation.

5.      I understand that I was not required to seek appointment as lead plaintiff in order to

DECLARATION OF RANDY SLIPHER IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF

recover. Rather, based on my financial interest, I decided to seek lead plaintiff appointment than remain an absent class member.

6.      After discussing the responsibilities of serving as a lead plaintiff and being satisfied that Levi & Korsinsky, LLP would adequately serve as lead counsel based on the firm's experience, resources, and past successes, I signed a retainer agreement with Levi & Korsinsky, LLP, and authorized the firm to file a lead plaintiff motion on my behalf. I understand that my counsel is submitting this declaration along with a timely application for appointment as lead plaintiff on my behalf.

I declare under penalty of perjury that the foregoing is true and correct. Executed on:

Date: 1/25/24

Signed:

Name: Randy Slipher

DECLARATION OF RANDY SLIPHER IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF