UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAROOQ KHAN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> CHARGEPOINT HOLDINGS, INC., et al., <br><br> Defendants. | Case No. 5:23-cv-06172-PCP <br><br> [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS, APPOINTING LEAD PLAINTIFF, AND APPROVING LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |

4889-7054-6336.v1

Having considered Sudhakar Krishnan's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel (the "Motion"), and good cause appearing therefor, the Court ORDERS as follows:

1.      The Motion is GRANTED;

2.      Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *Khan v. ChargePoint Holdings, Inc.*, No. 5:23-cv-06172-PCP and *Smith v. ChargePoint Holdings, Inc.*, No. 3:24-cv-00363-JSC are consolidated as:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re CHARGEPOINT HOLDINGS, INC. SECURITIES LITIGATION | Master File No. 5:23-cv-06172-PCP |
| | CLASS ACTION |
| This Document Relates To: | |
| ALL ACTIONS. | |

(a)      The file in Case No. 5:23-cv-06172-PCP shall constitute the master file for every action in the consolidated action.  The Clerk shall administratively close the other action.  When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:".  When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

(b)      All securities class actions on behalf of purchasers of ChargePoint Holdings, Inc. securities subsequently filed in, or transferred to, this District shall be consolidated into this action.  The parties shall notify the Court of any other such related action within a reasonable time of becoming aware of such related action;

(c)      This Order shall apply to every such action, absent Court order.  A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action; and

[PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS, APPOINTING LEAD PLAINTIFF, AND APPROVING LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL - 5:23-cv-06172-PCP          - 1 -
4889-7054-6336.v1

(d)    This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

3.    The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), hereby appoints Sudhakar Krishnan as Lead Plaintiff;

4.    Sudhakar Krishnan's selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel is approved pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v).  Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

(a)    the preparation and filing of all pleadings;

(b)    the briefing and argument of all motions;

(c)    the conduct of all discovery proceedings and depositions;

(d)    settlement negotiations;

(e)    the pretrial discovery proceedings and the preparation for trial and the trial of this matter; and

(f)    the supervision of all other matters concerning the prosecution or resolution of this action.

IT IS SO ORDERED.

DATED: _____    _____

THE HONORABLE P. CASEY PITTS
UNITED STATES DISTRICT JUDGE