ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
       – and –
JENNIFER N. CARINGAL (286197)
JUAN CARLOS SANCHEZ (301834)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
jcaringal@rgrdlaw.com
jsanchez@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAROOQ KHAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHARGEPOINT HOLDINGS, INC., et al.,<br><br>Defendants. | Case No. 5:23-cv-06172-PCP<br><br>DECLARATION OF JENNIFER N. CARINGAL IN SUPPORT OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL<br><br>DATE:      March 14, 2024<br>TIME:      10:00 a.m.<br>CTRM:    8, 4th Floor<br>JUDGE:   Hon. P. Casey Pitts |

4888-9930-8960.v1

I, JENNIFER N. CARINGAL, declare as follows:

1.   I am an attorney duly licensed to practice before all of the courts of the State of California and this Court.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, counsel of record for Sudhakar Krishnan, and proposed lead counsel for the class.  I make this declaration in support of Mr. Krishnan's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.   Attached are true and correct copies of the following exhibits:

Exhibit A:   Notice of pendency of first-filed class action published on *Business Wire*, a national business-oriented wire service, on November 29, 2023;

Exhibit B:   Mr. Krishnan's Sworn Certification;

Exhibit C:   Mr. Krishnan's estimate of losses, prepared by counsel; and

Exhibit D:   Mr. Krishnan's Declaration

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 29th day of January, 2024.

s/ Jennifer N. Caringal
JENNIFER N. CARINGAL

DECLARATION OF JENNIFER N. CARINGAL IN SUPPORT OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL - 5:23-cv-06172-PCP
4888-9930-8960.v1

- 1 -