# EXHIBIT A

# CHPT CLASS ACTION NOTICE: Glancy Prongay & Murray LLP Files Securities Fraud Lawsuit Against ChargePoint Holdings, Inc.

🌐 **businesswire.com**/news/home/20231129315922/en/CHPT-CLASS-ACTION-NOTICE-Glancy-Prongay-Murray-LLP-Files-Securities-Fraud-Lawsuit-Against-ChargePoint-Holdings-Inc.

November 29, 2023

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP ("GPM"), announces that it has filed a class action lawsuit in the United States District Court for the Northern District of California, captioned *Khan v. ChargePoint Holdings, Inc., et al.,* Case No. 5:23-cv-06172, on behalf of persons and entities that purchased or otherwise acquired ChargePoint Holdings, Inc. ("ChargePoint" or the "Company") (NYSE: CHPT) securities between **June 1, 2023 and November 16, 2023**, inclusive (the "Class Period"). Plaintiff pursues claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act").

Investors are hereby notified that they have **60 days from the date of this notice** to move the Court to serve as lead plaintiff in this action.

If you suffered a loss on your ChargePoint investments or would like to inquire about potentially pursuing claims to recover your loss under the federal securities laws, you can submit your contact information at www.glancylaw.com/cases/ChargePoint-Holdings-Inc/. You can also contact Charles H. Linehan, of GPM at 310-201-9150, Toll-Free at 888-773-9224, or via email at shareholders@glancylaw.com or visit our website at www.glancylaw.com to learn more about your rights.

On September 6, 2023, after the market closed, ChargePoint reported its second quarter fiscal year 2024 financial results, including an "$28.0 million, or 19 percentage point, inventory impairment charge." The Company stated the "inventory impairment charge was taken to address legacy supply chain-related costs and supply overruns on a particular DC product." As a result, the Company reported a second quarter GAAP gross margin of 1%, down from 17% in the prior year's same quarter.

On this news, the Company's share price fell $0.77, or 11%, to close at $6.29 per share on September 7, 2023, on unusually heavy trading volume.

Then, on November 16, 2023, after the market closed, ChargePoint released preliminary financial results for the third quarter of fiscal year 2024, which would include an "additional non-cash inventory impairment charge" in the amount of $42 million "related to product transitions and to better align inventory with current demand." As a result, the Company expected to report "GAAP gross margin of negative 23% to negative 21%." The Company

also reported revenue had fallen to "$108 million to $113 million, as compared to $150 to $165 million as previously expected." Moreover, ChargePoint's Chief Executive Officer and Chief Financial Officer were both replaced, effective immediately.

On this news, the Company's share price fell $1.11, or 35%, to close at $2.02 per share on November 17, 2023, on unusually heavy trading volume.

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) the Company was experiencing higher component costs and supply overruns for first generation DC charging products; (2) that, as a result, the Company was likely to incur impairment charges; (3) that, as a result of the foregoing, the Company's profitability would be adversely impacted; and (4) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

If you purchased or otherwise acquired ChargePoint securities during the Class Period, you may move the Court no later than **60 days from the date of this notice** to ask the Court to appoint you as lead plaintiff. To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class. If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Charles Linehan, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los Angeles California 90067 at 310-201-9150, Toll-Free at 888-773-9224, by email to shareholders@glancylaw.com, or visit our website at www.glancylaw.com. If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.