Ramzi Abadou (SBN 222567)
KAHN SWICK & FOTI, LLP
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 459-6900
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

*Counsel for Movant, Collin Sekas*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| FAROOQ KHAN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> CHARGEPOINT HOLDINGS, INC., PASQUALE ROMANO, and REX S. JACKSON, <br><br> Defendants. | Case No. 5:23-CV-06172-PCP <br><br> **DECLARATION OF RAMZI ABADOU IN SUPPORT OF MOVANT COLLIN SEKAS'S MOTION TO CONSOLIDATE, FOR APPOINTMENT AS LEAD PLAINTIFF, AND FOR APPROVAL OF SELECTION OF COUNSEL** <br><br> **CLASS ACTION** <br><br> Judge:        Hon. P. Casey Pitts <br> Courtroom:    8 – 4th Floor |
| COLBY SMITH, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> CHARGEPOINT HOLDINGS, INC., PASQUALE ROMANO, and REX S. JACKSON, <br><br> Defendants. | Case No. 5:24-CV-00363-JSC |

ABADOU DECL ISO MLP                                   CASE NO. 5:23-CV-06172-PCP

I, Ramzi Abadou, hereby declare as follows:

1.      I am a member in good standing of the bar of the State of California and am admitted to practice in this District.

2.      I submit this Declaration, together with the attached exhibits, in support of Collin Sekas's Notice of Motion and Motion to Consolidate Actions, for Appointment as Lead Plaintiff, and for Approval of His Selection of Lead Counsel. I am fully familiar with the facts set forth herein and if called would competently testify thereto.

3.      Attached hereto as **Exhibit A** is a true and correct copy of the sworn certification of Collin Sekas, reflecting all of his transactions in ChargePoint Holdings, Inc., ("ChargePoint") securities during the Class Period.

4.      Attached hereto as **Exhibit B** is a table reflecting the calculated losses incurred by Collin Sekas, from his purchases of ChargePoint securities during the Class Period.

5.      Attached hereto as **Exhibit C** is a true and correct copy of the Declaration of Collin Sekas in Support of His Motion for Appointment as Lead Plaintiff and Approval of His Selection of Lead Counsel, dated January 22, 2024.

6.      Attached hereto as **Exhibit D** is a true and correct copy of the press release published on November 29, 2023, in *Business Wire*, a well-known national business-oriented publication, announcing the pendency of the filed lawsuit commenced against Defendants in *Khan v. ChargePoint Holdings, Inc., et al.,* No. 5:23-cv-06172 (N.D. Cal.).

7.      Attached hereto as **Exhibit E** is a true and correct copy of the press release published on January 22, 2024, in *Business Wire*, announcing the lawsuit commenced against Defendants in *Smith v. ChargePoint Holdings, Inc., et al.,* No. 5:24-CV-00363 (N.D. Cal.).

8.      Attached hereto as **Exhibit F** is a true and correct copy of the firm résumé of Kahn Swick & Foti, LLC.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on Monday, January 29, 2024, in San Francisco, California.

_s/ Ramzi Abadou_
RAMZI ABADOU