# EXHIBIT B

**CHARGEPOINT SECURITIES LITIGATION**
**LOSS CHART**
**CLASS PERIOD BEGINS:**    6/1/2023
**CLASS PERIOD ENDS:**    11/16/2023
**90-DAY ENDS:**    2/14/2024    **Not Expired**
**MEAN TRADING PRICE:    2.156382979**

| PURCHASE DATE | QUANTITY | PRICE | (TOTAL COST) | SALES DATE | QUANTITY | PRICE | TOTAL PROCEEDS | TOTAL GAIN or (LOSS) |
|---|---|---|---|---|---|---|---|---|
| 9/7/2023 | 59,498 | $ 5.87 | $ (349,253.26) | | | | | |
| 9/7/2023 | 3,300 | $ 5.87 | $ (19,354.50) | | | | | |
| 9/7/2023 | 4,234 | $ 5.82 | $ (24,641.88) | | | | | |
| 9/7/2023 | 12,725 | $ 5.85 | $ (74,441.25) | | | | | |
| 9/7/2023 | 243 | $ 5.85 | $ (1,420.34) | | | | | |
| | | | | 12/28/2023 **(1)** | (80,000) | $ 2.43 | $ 194,432.00 | $ (274,679.23) |
| 9/21/2023 | 30,000 | $ 5.03 | $ (150,900.00) | 12/21/2023 **(1)** | (30,000) | $ 2.36 | 70,800.00 | $ (80,100.00) |

**TOTAL LOSS:    $    (354,779.23)**

**(1)** = For shares sold during the 90-day period immediately after the Class Period ended, losses have been determined using the greater of the actual sales price or the "mean trading price of the security during the period beginning immediately after dissemination of information correcting the misstatement or omission and ending on the date on which the plaintiff sells or repurchases the security." 15 U.S.C. § 78u-4(e)(2).