# EXHIBIT C

Ramzi Abadou (SBN 222567)
KAHN SWICK & FOTI, LLP
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 459-6900
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

*Counsel for Movant, Collin Sekas*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| FAROOQ KHAN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> CHARGEPOINT HOLDINGS, INC., PASQUALE ROMANO, and REX S. JACKSON, <br><br> Defendants. | Case No. 5:23-CV-06172-PCP <br><br> **DECLARATION OF COLLIN SEKAS IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** <br><br> <u>**CLASS ACTION**</u> <br><br> Judge:      Hon. P. Casey Pitts <br> Date:       Thursdays <br> Time:       10:00 a.m. <br> Courtroom: 8 – 4th Floor |

SEKAS DECL ISO MLP                                        CASE NO. 5:23-CV-06172-PCP

I, Collin Sekas, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I respectfully submit this Declaration to support my Motion for Appointment as Lead Plaintiff and for Approval of Lead Counsel in the instant Class action on behalf of investors in ChargePoint Holdings, Inc. ("ChargePoint" or the "Company") securities pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). I am informed of and understand the requirements and duties imposed by the PSLRA.

2.      I am a custom home builder in Vienna, Virginia.

3.      In addition to growing up in the construction industry, I graduated from Clemson University with a B.S. in Construction Management.

4.      I began investing in the stock market in 2013.

5.      I believe the securities class action against ChargePoint is meritorious and should be led by an investor that is committed to maximizing the recovery on behalf of the Class.

6.      I suffered a substantial loss on my investments in ChargePoint securities. For this reason, I decided to seek appointment as Lead Plaintiff in this action. I understand the responsibilities and duties of service as a Lead Plaintiff, including my fiduciary duties to the Class.

7.      I understand and appreciate that a Lead Plaintiff's obligation under the PSLRA is to act as a fiduciary for the class, and that an important decision in this role is the selection of Lead Counsel. I have fulfilled this responsibility by selecting and retaining Lead Counsel with a proven history of handling this type of complex litigation.

8.      In this case, I selected Kahn Swick & Foti, LLC ("KSF") to serve as Lead Counsel. Based on the firm's experience in achieving substantial recoveries in securities class actions, I believe KSF is well-qualified to represent the Class. As part of my due diligence process, prior to my selection of KSF, I assessed the firm's qualifications and communicated with KSF's Managing Partner Lewis S. Kahn.

9.      I will direct Lead Counsel to prosecute this action in an efficient, cost-effective manner while obtaining the best possible result for the Class. I will supervise Lead Counsel and actively oversee the prosecution of this action for the benefit of the Class by, among other things, reviewing

substantive filings before they are filed with the Court, attending key hearings, and leading settlement discussions, if any, that will take place in this matter.

10.    I understand that a Lead Plaintiff's share of any recovery is the same as any other potential Class member. As my Certification states, I will not accept and have not accepted any payment for serving as a representative party beyond my *pro rata* share, except any reasonable costs and expenses directly related to the Class representation, as may be ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____1/22/2024_____, in Vienna, Virginia.



COLLIN SEKAS