# EXHIBIT E

### *Hagens Berman Files New Securities Class Action Against ChargePoint (CHPT) and its Senior Executives: New Complaint Extends Alleged Fraudulent Period From Dec. 7, 2021 - Nov. 16, 2023, Inclusive; Lead Plaintiff Filing Deadline Remains Jan. 29, 2024*

Business Wire

January 22, 2024 Monday 12:26 AM GMT

Copyright 2024 Business Wire, Inc.

**Length:** 1004 words

**Dateline:** SAN FRANCISCO

## Body

Hagens Berman announces that the firm has filed a new class action lawsuit against ChargePoint Holdings, Inc. (NYSE: CHPT) and certain of its senior executives. The new complaint significantly extends the alleged fraudulent period in the pending litigation against ChargePoint, contending that ChargePoint's stock was artificially inflated by defendants' alleged fraud from Dec. 7, 2021 through Nov. 16, 2023, inclusive ("Extended Class Period"). Lead plaintiff motions for the ChargePoint class action litigation must be filed with the Court no later than Jan. 29, 2024. Hagens Berman therefore urges investors who suffered substantial losses on purchases of ChargePoint securities during the Extended Class Period and who wish to serve as lead plaintiff of the ChargePoint litigation to *contact Hagens Berman now* .

Extended Class Period: Dec. 7, 2021 - Nov. 16, 2023
Lead Plaintiff Deadline: Jan. 29, 2024

Visit: *www.hbsslaw.com/investor-fraud/CHPT*

Contact An Attorney Now: *CHPT@hbsslaw.com*
844-916-0895

Hagens Berman's New CHPT Securities Fraud Class Action Alleging Extended Class Period:

The new class action, filed in the United States District Court for the Northern District of California, and captioned Smith v. ChargePoint Holdings, Inc., et al.,Case No. 5:24-cv-00363, case seeks to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

The new class action is related to pending securities class action litigation against ChargePoint in the Northern District of California. The new class action, however, alleges a broader class period, as the new case is brought on behalf of all investors who purchased or otherwise acquired CHPT securities during the Extended Class Period - between Dec. 7, 2021 and Nov. 16, 2023, inclusive.

If you are a shareholder who purchased CHPT shares during the Extended Class Period, you have until Jan. 29, 2024, to ask the Court to appoint you as Lead Plaintiff for the class in the ChargePoint litigation. A copy of the Complaint can be obtained *here* . *Click here to discuss your legal rights with Hagens Berman* .

Hagens Berman Files New Securities Class Action Against ChargePoint (CHPT) and its Senior Executives:
New Complaint Extends Alleged Fraudulent Period From Dec. ....

CASE ALLEGATIONS: The new ChargePoint class action lawsuit alleges that defendants throughout the Extended Class Period made false and/or misleading statements and/or failed to disclose that: (i) ChargePoint was experiencing higher component costs and supply overruns for first generation DC charging products; (ii) as a result, ChargePoint was likely to incur impairment charges; and (iii) consequently, ChargePoint's profitability would be adversely impacted.

The new ChargePoint class action lawsuit alleges that the truth began to emerge on Sep. 6, 2023, when ChargePoint reported second quarter of fiscal year 2024 financial results, including a "$28.0 million, or 19 percentage point, inventory impairment charge" that "was taken to address legacy supply chain-related costs and supply overruns on a particular DC product." As a result, ChargePoint reported a second quarter GAAP gross margin of 1%, down from 17% in the prior year's same quarter, according to the complaint. The ChargePoint class action lawsuit alleges that on this news, the price of ChargePoint stock fell nearly 11%.

Then, on November 16, 2023, ChargePoint announced preliminary financial results for the third quarter of fiscal year 2024, which would include an "additional non-cash inventory impairment charge" in the amount of $42 million "related to product transitions and to better align inventory with current demand," the complaint further alleges. ChargePoint expected to report "GAAP gross margin of negative 23% to negative 21%" and further reported revenue had fallen to "$108 million to $113 million, as compared to $150 to $165 million as previously expected," according to the complaint. The complaint also alleges that ChargePoint's Chief Executive Officer and Chief Financial Officer were both replaced, effective immediately. The new ChargePoint class action lawsuit alleges that on this news, the price of ChargePoint stock fell more than 35%.

THE LEAD PLAINTIFF PROCESS: The Private Securities Litigation Reform Act of 1995 permits any investor who purchased or acquired ChargePoint securities during the Class Period to seek appointment as lead plaintiff of the ChargePointclass action lawsuit. A lead plaintiff is generally the movant with the greatest financial interest in the relief sought by the putative class who is also typical and adequate of the putative class. A lead plaintiff acts on behalf of all other class members in directing the ChargePointclass action lawsuit. The lead plaintiff can select a law firm of its choice to litigate the ChargePointclass action lawsuit. An investor's ability to share in any potential future recovery is not dependent upon serving as lead plaintiff of theChargePointclass action lawsuit. Lead plaintiff motions for the pending ChargePoint class action litigation must be filed with the Court no later than January 29, 2024.

If you'd like more information and answers to frequently asked questions about the pending ChargePoint litigation and our investigation, *read more »*

*About Hagens Berman*

Hagens Berman is a global plaintiffs' rights complex litigation law firm focusing on corporate accountability through class-action law. The firm is home to a robust securities litigation practice and represents investors as well as whistleblowers, workers, consumers and others in cases achieving real results for those harmed by corporate negligence and fraud. More about the firm and its successes can be found at *hbsslaw.com* . Follow the firm for updates and news at *@ClassActionLaw* .

Attorney advertising.

Past results do not guarantee future outcomes.

Services may be performed by attorneys in any of our offices.

View source version on businesswire.com: *https://www.businesswire.com/news/home/20240122425567/en/*

CONTACT: Reed Kathrein, 844-916-0895


*http://www.businesswire.com*

Hagens Berman Files New Securities Class Action Against ChargePoint (CHPT) and its Senior Executives: New Complaint Extends Alleged Fraudulent Period From Dec. ....

**Load-Date:** January 22, 2024

---

**End of Document**