**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| FAROOQ KHAN, Individually and on Behalf of All Others Similarly Situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>CHARGEPOINT HOLDINGS, INC., PASQUALE ROMANO, and REX S. JACKSON, )<br><br>Defendants. ) | Case No. 5:23-CV-06172-PCP<br><br>**[PROPOSED] ORDER GRANTING COLLIN SEKAS' MOTION TO CONSOLIDATE, FOR APPOINTMENT AS LEAD PLAINTIFF, AND FOR APPROVAL OF HIS SELECTION OF LEAD COUNSEL**<br><br>**CLASS ACTION** |
| COLBY SMITH, Individually and on Behalf of All Others Similarly Situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>CHARGEPOINT HOLDINGS, INC., PASQUALE ROMANO, and REX S. JACKSON, )<br><br>Defendants. ) | Case No. 5:24-CV-00363-JSC |

[PROPOSED] ORDER                                     CASE NO. 5:23-CV-06172-PCP

Before the Court is Collin Sekas's motion for: (i) consolidation of the above-captioned securities actions; (ii) appointment as Lead Plaintiff; and (iii) approval of his selection of Kahn Swick & Foti, LLC as Lead Counsel. The Court, having considered this motion and its accompanying memorandum of points and authorities, finds that the motion is well taken and accordingly, it is hereby:

**ORDERED** that the motion is **GRANTED**.

(a)    The above-captioned *Khan* and *Smith* Actions are hereby consolidated under Case No. 5:23-CV-06172;

(b)    Collin Sekas is appointed as Lead Plaintiff for the putative Class pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"); and

(c)    Kahn Swick & Foti, LLC is approved as Lead Counsel for the putative class pursuant to the PSLRA.

This _____ day of _____, 2024.

THE HONORABLE P. CASEY PITTS
UNITED STATES DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

[PROPOSED] ORDER                    1                    CASE NO. 5:23-CV-06172-PCP