Robert C. Moest, Of Counsel, SBN 62166
**THE BROWN LAW FIRM, P.C.**
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Telephone: (310) 915-6628
Facsimile: (310) 915-9897
Email: RMoest@aol.com

*Counsel for Plaintiff Anand Roy*

[Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAROOQ KHAN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CHARGEPOINT HOLDINGS, INC., PASQUALE ROMANO, and REX S. JACKSON, <br><br> Defendants. | Case No.: 5:23-cv-06172-PCP <br><br> **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** <br><br> (Civil L.R. 3-12 and 7-11) |

[Caption continued on next page]

1
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED: Case Nos. 5:23-cv-06172-PCP; 3:24-cv-00149-JD; and 3:24-cv-01281-SVK

JOANN C. YATES, derivatively on behalf of CHARGEPOINT HOLDINGS, INC.,

Plaintiff,

v.

PASQUALE ROMANO, REX S. JACKSON, ROXANNE BOWMAN, ELAINE L. CHAO, BRUCE CHIZEN, AXEL HARRIES, JEFFREY HARRIS, SUSAN HEYSTEE, MARK LESCHLY, MICHAEL LINSE, EKTA SINGH-BUSHELL, G. RICHARD WAGONER, JR., and RICK WILMER,

Defendants,

and

CHARGEPOINT HOLDINGS, INC.,

Nominal Defendant.

Case No.: 3:24-cv-00149-JD

The Hon. James Donato

[Additional caption on following page]

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED: Case Nos. 5:23-cv-06172-PCP; 3:24-cv-00149-JD; and 3:24-cv-01281-SVK

|  |  |
|---|---|
| ANAND ROY, derivatively on behalf of CHARGEPOINT HOLDINGS, INC., | Case No.: 3:24-cv-01281-SVK |
| Plaintiff, | Magistrate Judge Susan van Keulen |
| v. | |
| PASQUALE ROMANO, REX S. JACKSON, RICK WILMER, ROXANNE BOWMAN, ELAINE L. CHAO, BRUCE CHIZEN, AXEL HARRIES, JEFFREY HARRIS, SUSAN HEYSTEE, MARK LESCHLY, MICHAEL LINSE, EKTA SINGH-BUSHELL, and G. RICHARD WAGONER, JR., | |
| Defendants, | |
| and | |
| CHARGEPOINT HOLDINGS, INC., | |
| Nominal Defendant. | |

Pursuant to Civil Local Rules 3-12 and 7-11, Plaintiff Anand Roy ("Roy") in the action *Roy v. Romano, et al.*, Case No. 3:24-cv-01281-SVK (the "*Roy* Derivative Action") respectfully requests that the Court deem the *Roy* Derivative Action and *Yates v. Romano, et al.*, Case No. 3:24-cv-00149-JD (the "*Yates* Derivative Action") as related to *Khan v. ChargePoint Holdings, Inc.*, 5:23-cv-06172-PCP (the "Securities Class Action"). As discussed below, the criteria for relation are met here. The *Roy* Derivative Action and the *Yates* Derivative Action (the "Derivative Actions") and the Securities Class Action (with the Derivative Actions, the "Related Actions") concern substantially the same parties, substantially similar factual allegations, and "it appears likely that there will be an unduly burdensome duplication of labor and expense" if these cases are tried separately. Therefore, relation is proper under Civ. Loc. R. 3-12.

## RELATED ACTIONS

The following actions were filed in the following order:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Khan v. ChargePoint Holdings, Inc.* | 5:23-cv-06172-PCP | 11/29/2023 |
| *Yates v. Romano, et al.* | 3:24-cv-00149-JD | 1/08/2024 |
| *Roy v. Romano, et al.* | 3:24-cv-01281-SVK | 3/01/2024 |

**LEGAL STANDARD**

Civ. L.R. 3-12(a) provides that actions are deemed related when: (1) the actions concern substantially the same parties, property, transaction or event; and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

**ARGUMENT**

Both criteria are met here. The Securities Class Action and the Derivative Actions address many of the same transactions and contain similar and overlapping sets of factual allegations as well as involve some of the same parties. Specifically, the Securities Class Action and the Derivative Actions arise, at least in part, from the same allegedly false and misleading statements made by executives of ChargePoint Holdings, Inc. ("ChargePoint" or the "Company"). The Securities Class Action alleges violations of the federal securities laws by ChargePoint, as well as defendants Pasquale Romano ("Romano") and Rex S. Jackson ("Jackson"). The Derivative Actions allege that Romano, Jackson, and others breached the fiduciary duties they owe to ChargePoint and its shareholders in connection with, *inter alia*, the same statements that are alleged to be materially false and misleading in the Securities Class Action.

Given the similarities between these cases and the fact that these cases are pending in this District, treating the cases as related would serve the interests of judicial economy and avoid the potential for conflicting rulings on common issues. Because the requirements of Loc. R. 3-12 are met, relation is appropriate. *In re Leapfrog Enterprises Inc. Sec. Litig.*, 2005 WL 5327775, at *1 (N.D. Cal. July 5, 2005) (relating cases where the cases concerned the same defendants, similar factual allegations, and similar causes of action).

**CONCLUSION**

Plaintiff Roy respectfully submits that the overlap of parties and factual issues among these actions warrants coordination before a single judge. Otherwise, litigation of the actions may result in unwarranted duplication of judicial effort, waste of resources, and possibly inconsistent results. For all the foregoing reasons, Plaintiff Roy respectfully requests the Court enter the proposed order submitted herewith, administratively relating the Derivative Actions to the Securities Class Action.

Dated: March 12, 2024

Respectfully submitted,

**THE BROWN LAW FIRM, P.C.**

By:     /s/Robert C. Moest      .
Robert C. Moest, Of Counsel, SBN 62166
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Telephone: (310) 915-6628
Facsimile: (310) 915-9897
Email: RMoest@aol.com

Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Email: tbrown@thebrownlawfirm.net

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
Eitan Kimelman
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
Email: peretz@bgandg.com
     eitank@bgandg.com

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED: Case Nos. 5:23-cv-06172-PCP; 3:24-cv-00149-JD; and 3:24-cv-01281-SVK

*Counsel for Plaintiff Anand Roy*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the Electronic Mail Notice for this action.

*/s/*
Robert C. Moest

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED: Case Nos. 5:23-cv-06172-PCP; 3:24-cv-00149-JD; and 3:24-cv-01281-SVK