Robert C. Moest, Of Counsel, SBN 62166
**THE BROWN LAW FIRM, P.C.**
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Telephone: (310) 915-6628
Facsimile: (310) 915-9897
Email: RMoest@aol.com

*Counsel for Plaintiff Anand Roy*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAROOQ KHAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHARGEPOINT HOLDINGS, INC., PASQUALE ROMANO, and REX S. JACKSON,<br><br>Defendants. | Case No.: 5:23-cv-06172-PCP<br><br>**DECLARATION OF ROBERT C. MOEST IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>(Civil L.R. 3-12 and 7-11) |

[Caption continued on next page]

1

DECLARATION OF ROBERT C. MOEST IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED: Case Nos. 5:23-cv-06172-PCP; 3:24-cv-00149-JD; and 3:24-cv-01281-SVK

JOANN C. YATES, derivatively on behalf of CHARGEPOINT HOLDINGS, INC.,

Plaintiff,

v.

PASQUALE ROMANO, REX S. JACKSON, ROXANNE BOWMAN, ELAINE L. CHAO, BRUCE CHIZEN, AXEL HARRIES, JEFFREY HARRIS, SUSAN HEYSTEE, MARK LESCHLY, MICHAEL LINSE, EKTA SINGH-BUSHELL, G. RICHARD WAGONER, JR., and RICK WILMER,

Defendants,

and

CHARGEPOINT HOLDINGS, INC.,

Nominal Defendant.

Case No.: 3:24-cv-00149-JD

The Hon. James Donato

[Additional caption on following page]

DECLARATION OF ROBERT C. MOEST IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED: Case Nos. 5:23-cv-06172-PCP; 3:24-cv-00149-JD; and 3:24-cv-01281-SVK

ANAND ROY, derivatively on behalf of CHARGEPOINT HOLDINGS, INC.,

Plaintiff,

v.

PASQUALE ROMANO, REX S. JACKSON, RICK WILMER, ROXANNE BOWMAN, ELAINE L. CHAO, BRUCE CHIZEN, AXEL HARRIES, JEFFREY HARRIS, SUSAN HEYSTEE, MARK LESCHLY, MICHAEL LINSE, EKTA SINGH-BUSHELL, and G. RICHARD WAGONER, JR.,

Defendants,

and

CHARGEPOINT HOLDINGS, INC.,

Nominal Defendant.

Case No.: 3:24-cv-01281-SVK

Magistrate Judge Susan van Keulen

DECLARATION OF ROBERT C. MOEST IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED: Case Nos. 5:23-cv-06172-PCP; 3:24-cv-00149-JD; and 3:24-cv-01281-SVK

I, Robert C. Moest, hereby declares as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of California and this Court. I am Counsel at The Brown Law Firm, P.A., counsel for Plaintiff Anand Roy in the above-captioned action *Roy v. Romano, et al*., Case No. 3:24-cv-01281-SVK (the "*Roy* Derivative Action").

2.      I submit this declaration in support of the Administrative Motion to Consider Whether Cases Should Be Related (the "Administrative Motion"). I have knowledge of the matters stated herein and, should I be called upon, I could and would competently testify thereto.

3.      My firm has conferred with counsel for ChargePoint Holdings, Inc. ("ChargePoint") and individual defendants Pasquale Romano, Rex S. Jackson, Rick Wilmer, Roxanne Bowman, Elaine L. Chao, Bruce Chizen, Axel Harries, Jeffrey Harris, Susan Heystee, Mark Leschly, Michael Linse, Ekta Singh-Bushell, and G. Richard Wagoner, Jr. (the "Individual Defendants"), and counsel for Plaintiff Joann C. Yates ("Plaintiff Yates") in the action *Yates v. Romano, et al.*, Case No. 3:24-cv-00149-JD (the "*Yates* Derivative Action") regarding this Administrative Motion. Plaintiff Yates, the Individual Defendants, and ChargePoint do not oppose the relief sought in the Administrative Motion and agree that the Derivative Actions should be deemed related to each other and to *Khan v. ChargePoint Holdings, Inc.*, 5:23-cv-06172-PCP (the "Securities Class Action"). I submit this Declaration in lieu of a stipulation to the same effect.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true to the best of my knowledge. Exectured March 12, 2024, at Los Angeles, California.

/s/Robert C. Moest
Robert C. Moest

DECLARATION OF ROBERT C. MOEST IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED: Case Nos. 5:23-cv-06172-PCP; 3:24-cv-00149-JD; and 3:24-cv-01281-SVK