UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN C. YATES,<br><br>           Plaintiff,<br><br>     v.<br><br>PASQUALE ROMANO, et al.,<br><br>           Defendants. | Case No.  3:24-cv-00149-JD<br><br>**JUDICIAL REFERRAL TO DETERMINE CASE RELATION** |

The Court refers this case to the Honorable P. Casey Pitts to determine whether it is related to *Khan v. ChargePoint Holdings, Inc.*, 23-cv-06172-PCP.  Civil L.R. 3-12(c).

**IT IS SO ORDERED.**

Dated:  April 2, 2024

JAMES DONATO
United States District Judge