**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FAROOQ KHAN, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>CHARGEPOINT HOLDINGS, INC., PASQUALE ROMANO, and REX S. JACKSON,<br><br>    Defendants. | Case No.: 5:23-cv-06172-PCP<br><br>~~[PROPOSED]~~ **ORDER**<br><br>The Hon. P. Casey Pitts<br><br>(Civil L.R. 3-12 and 7-11) |

[Caption continued on next page]

JOANN C. YATES, derivatively on behalf of CHARGEPOINT HOLDINGS, INC.,

           Plaintiff,

    v.

PASQUALE ROMANO, REX S. JACKSON, ROXANNE BOWMAN, ELAINE L. CHAO, BRUCE CHIZEN, AXEL HARRIES, JEFFREY HARRIS, SUSAN HEYSTEE, MARK LESCHLY, MICHAEL LINSE, EKTA SINGH-BUSHELL, G. RICHARD WAGONER, JR., and RICK WILMER,

           Defendants,

    and

CHARGEPOINT HOLDINGS, INC.,

           Nominal Defendant.

Case No.: 3:24-cv-00149-JD

The Hon. James Donato

[Additional caption on following page]

| | |
|---|---|
| ANAND ROY, derivatively on behalf of CHARGEPOINT HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PASQUALE ROMANO, REX S. JACKSON, RICK WILMER, ROXANNE BOWMAN, ELAINE L. CHAO, BRUCE CHIZEN, AXEL HARRIES, JEFFREY HARRIS, SUSAN HEYSTEE, MARK LESCHLY, MICHAEL LINSE, EKTA SINGH-BUSHELL, and G. RICHARD WAGONER, JR., <br><br> Defendants, <br><br> and <br><br> CHARGEPOINT HOLDINGS, INC., <br><br> Nominal Defendant. | Case No.: 3:24-CV-01281-SVK <br><br> Magistrate Judge Susan van Keulen |

Upon consideration of Anand Roy's Administrative Motion to Consider Whether Cases Should be Related, the Court finds that *Roy v. Romano, et al.*, Case No. 3:24-cv-01281-SVK (the "*Roy* Derivative Action") and *Yates v. Romano, et al.*, Case No. 3:24-cv-00149-JD (the "*Yates* Derivative Action") (together, the "Derivative Actions") shall be deemed related to *Khan v. ChargePoint Holdings, Inc.*, 5:23-cv-06172-PCP (the "Securities Class Action") pursuant to Civ. Loc. R. 3-12.

The Court, HEREBY ORDERS:

1. The Derivative Actions are deemed related to the Securities Class Action.

2. The Derivative Actions are hereby reassigned to Judge P. Casey Pitts.

3. Pursuant to Civil Loc. R. 3-12(g), any Initial Case Management Conferences currently scheduled in the Derivative Actions will be rescheduled by this Court, and the parties shall adjust the dates for the conference, disclosures, and report required by Fed. R. Civ. P. 16 and 26 accordingly.

**IT IS SO ORDERED.**

Dated: April 3, 2024

_____
HON. P. CASEY PITTS
UNITED STATES DISTRICT JUDGE