UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COLBY SMITH,

   Plaintiff,

  v.

CHARGEPOINT HOLDINGS, INC., et al.,

   Defendants.

Case No.  24-cv-00363-JSC

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Re: Dkt. No. 9

   Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable P. Casey Pitts for consideration of whether the case is related to Khan v. ChargePoint Holdings, Inc. et al (3:23-cv-06172-PCP).

   **IT IS SO ORDERED.**

Dated: April 29, 2024

_____
JACQUELINE SCOTT CORLEY
United States District Judge

United States District Court
Northern District of California