UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FAROOQ KHAN,

        Plaintiff,

    v.

CHARGEPOINT HOLDINGS, INC., et al.,

        Defendants.

Case No. 23-cv-06172-PCP

**RELATED CASE ORDER**

Re: Dkt. No. 85

As the judge assigned to *Khan v. ChargePoint Holdings, Inc.*, 23-cv-06172-PCP, I find that the more recently filed case below is related to the *Khan* case, and such case not already assigned to me shall be reassigned accordingly:

| Case | Title |
|---|---|
| 24-cv-00363-JSC | *Smith v. ChargePoint Holdings, Inc.*, et al. |

The parties are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures, and report required by Federal Rules of Civil Procedure 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

United States District Court
Northern District of California

**IT IS SO ORDERED.**

Dated: May 9, 2024

P. Casey Pitts
United States District Judge