Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Attorneys for Lead Plaintiffs Shahram
Afshani and Paulina Afshani Schwartz*

Jaime A. Bartlett
Sara B. Brody
Chaddy Georges
**SIDLEY AUSTIN LLP**
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1279
JBartlett@sidley.com
SBrody@sidley.com
CGeorges@sidley.com

*Attorneys for Defendants
ChargePoint Holdings, Inc., Pasquale
Romano, and Rex S. Jackson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAROOQ KHAN, individually on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CHAREGEPOINT HOLDINGS, INC., et al., <br><br> Defendants. | Case No. 5:23-cv-06172-PCP <br><br> <u>CLASS ACTION</u> <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR FILING OF AMENDED COMPLAINT AND MOTION TO DISMISS BRIEFING** |

Lead Plaintiffs Shahram Afshani and Paulina Afshani Schwartz and Defendants ChargePoint Holdings, Inc., Pasquale Romano, and Rex Jackson (collectively with Lead Plaintiffs, the "Parties"), by and through their undersigned counsel of record, submit the following Stipulation and [Proposed] Order Regarding Schedule for Filing of Amended Complaint and Motion to Dismiss Briefing.

WHEREAS, on November 29, 2023, Plaintiff Farooq Khan filed a complaint in this Court asserting federal securities claims arising under the Securities Exchange Act of 1934 against Defendants (ECF No. 1);

WHEREAS, on January 2, 2024, the Court approved a stipulation stating that Defendants would not be required to answer or respond to the initial complaint, and that "[w]ithin fourteen (14) days of entry of the Order appointing lead plaintiff and lead counsel, the Court-appointed lead

plaintiff and Defendants shall confer and submit a proposed schedule for the filing of an amended complaint and Defendants' response(s) thereto" (ECF No. 17);

WHEREAS, on May 16, 2024, the Court issued its Order Consolidating Cases and Appointing Lead Plaintiffs and Lead Counsel (ECF No. 87), which, among other things, appointed Shahram Afshani and Paulina Afshani Schwartz as Lead Plaintiffs and Hagens Berman Sobol Shapiro LLP as Lead Counsel in the above-captioned action;

WHEREAS, this action is subject to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u–4, Pub. L. No. 104-67, 109 Stat. 737 (1995), under which discovery is stayed during the pendency of any motion to dismiss, unless otherwise ordered by the Court (15 U.S.C. § 78u-4(b)(3)(B)); and

WHEREAS, the Parties have met and conferred regarding a proposed schedule, and based on the Parties' schedules and the complexity of this securities class action, the Parties have agreed to the schedule set forth below for the filing of Lead Plaintiffs' amended complaint and briefing of Defendants' response thereto;

IT IS SO STIPULATED between Lead Plaintiffs and Defendants, by and through their undersigned attorneys, that:

    a. The deadline for Lead Plaintiffs' Amended Complaint shall be July 19, 2024.

    b. The deadline for Defendants' anticipated Motion to Dismiss shall be September 17, 2024.

    c. The deadline for Lead Plaintiffs' Opposition to the Motion to Dismiss shall be November 15, 2024.

    d. The deadline for Defendants' Reply in Support of their Motion to Dismiss shall be December 20, 2024.

This stipulation is without prejudice to any of the Parties' rights or defenses in this action.

//

//

//

STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR FILING OF AN AMENDED COMPLAINT AND MOTION TO DISMISS BRIEFING – 2
Case No. 5:23-cv-06172-PCP

DATED: May 21, 2024                    Respectfully submitted,

                                       */s/ Lucas E. Gilmore*
                                       Reed R. Kathrein (139304)
                                       Lucas E. Gilmore (250893)
                                       **HAGENS BERMAN SOBOL SHAPIRO LLP**
                                       715 Hearst Avenue, Suite 300
                                       Berkeley, CA 94710
                                       Telephone: (510) 725-3000
                                       reed@hbsslaw.com
                                       lucasg@hbsslaw.com

                                       *Attorneys for Lead Plaintiffs*
                                       *Shahram Afshani and Paulina Afshani Schwartz*

DATED: May 21, 2024                    Respectfully submitted,

                                       */s/ Jaime A. Bartlett*
                                       Jaime A. Bartlett
                                       Sara B. Brody
                                       Chaddy Georges
                                       **SIDLEY AUSTIN LLP**
                                       555 California Street, Suite 2000
                                       San Francisco, CA 94104
                                       Telephone: (415) 772-1279
                                       JBartlett@sidley.com
                                       SBrody@sidley.com
                                       CGeorges@sidley.com

                                       *Attorneys for Defendants ChargePoint Holdings,*
                                       *Inc., Pasquale Romano, and Rex S. Jackson*

### ATTESTATION PURSUANT TO LOCAL RULE 5-1(h)(3)

I, Lucas E. Gilmore, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR FILING OF AMENDED COMPLAINT AND MOTION TO DISMISS BRIEFING. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that all signatories have concurred in this filing.

DATED: May 21, 2024                    */s/ Lucas E. Gilmore*
                                       LUCAS E. GILMORE

STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR FILING OF AN AMENDED COMPLAINT AND MOTION TO DISMISS BRIEFING – 3
Case No. 5:23-cv-06172-PCP

# [PROPOSED] ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

DATED: May 24, 2024

P. CASEY PITTS
United States District Judge

STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR FILING OF AN AMENDED COMPLAINT
AND MOTION TO DISMISS BRIEFING – 4
Case No. 5:23-cv-06172-PCP