Melissa A. Fortunato (SBN 319767)
  fortunato@bespc.com
Marion C. Passmore (SBN 228474)
  passmore@bespc.com
BRAGAR EAGEL & SQUIRE, P.C.
580 California Street, Suite 1200,
San Francisco, CA 94104
Telephone: (415) 568-2124
Facsimile: (212) 214-0506

*Attorneys for Plaintiffs*

*[Additional Counsel on Signature Page]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FAROOQ KHAN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CHARGEPOINT HOLDINGS, INC., PASQUALE ROMANO, and REX S. JACKSON, <br><br> Defendants, | Case No.: 5:23-cv-06172-PCP <br><br> **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** <br><br> (Civil L.R. 3-12 and 7-11) |

[Caption continued on next page]

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case No. 5:23-cv-06172-PCP

JOANN C. YATES, derivatively on behalf of CHARGEPOINT HOLDINGS, INC.,

Plaintiff,

v.

PASQUALE ROMANO, REX S. JACKSON, ROXANNE BOWMAN, ELAINE L. CHAO, BRUCE CHIZEN, AXEL HARRIES, JEFFREY HARRIS, SUSAN HEYSTEE, MARK LESCHLY, MICHAEL LINSE, EKTA SINGH-BUSHELL, G. RICHARD WAGONER, JR., and RICK WILMER,

Defendants,

and

CHARGEPOINT HOLDINGS, INC.,

Nominal Defendant,

Case No. 3:24-cv-00149-PCP

[Caption continued on next page]

---

2

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case No. 5:23-cv-06172-PCP

ANAND ROY, derivatively on behalf of CHARGEPOINT HOLDINGS, INC.,

Plaintiff,

v.

PASQUALE ROMANO, REX S. JACKSON, RICK WILMER, ROXANNE BOWMAN, ELAINE L. CHAO, BRUCE CHIZEN, AXEL HARRIES, JEFFREY HARRIS, SUSAN HEYSTEE, MARK LESCHLY, MICHAEL LINSE, EKTA SINGH-BUSHELL, and G. RICHARD WAGONER, JR.,

Defendants,

and

CHARGEPOINT HOLDINGS, INC.,

Nominal Defendant,

Case No.: 3:24-cv-01281-PCP

[Caption continued on next page]

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case No. 5:23-cv-06172-PCP

REONY TONNEYCK, ROBERT HANN, and RONALD HINTON, derivatively on behalf of CHARGEPOINT HOLDINGS, INC.,

Plaintiffs,

v.

ROXANNE BOWMAN, ELAINE L. CHAO, BRUCE CHIZEN, AXEL HARRIES, JEFFREY HARRIS, SUSAN HEYSTEE, REX S. JACKSON, MARK LESCHLY, MICHAEL LINSE, PASQUALE ROMANO, EKTA SINGH-BUSHELL, G. RICHARD WAGONER, JR., and RICK WILMER,

Defendants,

and

CHARGEPOINT HOLDINGS, INC.,

Nominal Defendant.

Case No.:  3:24-cv-02619-WHA

Honorable William H. Alsup

[Caption continued on next page]

4

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case No. 5:23-cv-06172-PCP

JACOPO TOMASSO, derivatively on behalf of CHARGEPOINT HOLDINGS, INC.,

Plaintiff,

v.

PASQUALE ROMANO, REX S. JACKSON, RICK WILMER, ROXANNE BOWMAN, BRUCE CHIZEN, AXEL HARRIES, JEFFREY HARRIS, SUSAN HEYSTEE, MARK LESCHLY, MICHAEL LINSE, EKTA SINGH-BUSHELL, and G. RICHARD WAGONER, JR.,

Defendants,

and

CHARGEPOINT HOLDINGS, INC.,

Nominal Defendant.

Case No.:  5:24-cv-03162

Pursuant to Civil Local Rules 3-12 and 7-11, Plaintiffs Reony Tonneyck, Robert Hann, and Ronald Hinton (collectively, "Plaintiffs") in the action *Tonneyck, et al. v. Bowman, et al.*, Case No. 3:24-cv-02619-WHA (the "*Tonneyck* Derivative Action") respectfully request that the Court deem the *Tonneyck* Derivative Action and the *Tomasso v. Romano, et al.*, Case No. 5:24-cv-03162 (the "*Tomasso* Derivative Action") as related to the pending derivative actions captioned *Yates v. Romano, et al.*, Case No. 3:24-cv-00149-PCP (the "*Yates* Derivative Action") and *Roy v. Romano, et al.*, Case No. 3:24-cv-01281-PCP (the "*Roy* Derivative Action" and collectively, the "Derivative Actions") as well as to *Khan v. ChargePoint Holdings, Inc.*, 5:23-cv-06172-PCP (the "Securities Class Action" and with the *Yates* Derivative Action and the *Roy* Derivative Action, the "Related Actions").  The Court has already deemed the *Yates* Derivative Action and the *Roy* Derivative Action related to the Securities Class Action.  *See* Securities Class Action, ECF No. 83; *Yates* Derivative

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case No. 5:23-cv-06172-PCP

Action, ECF No. 34; *Roy* Derivative Action, ECF No. 9.[1]

As discussed below, the criteria for relation are met here. The *Tonneyck* Derivative Action and the *Tomasso* Derivative Action "concern substantially the same parties, property, transaction, or event" and "[i]t appears likely that there will be an unduly burdensome duplication of labor and expense" if these cases are tried separately. Accordingly, relation is proper under Civ. L.R. 3-12.

<strong><u>RELATED ACTIONS</u></strong>

The following actions were filed in the following order:

| **Abbreviated Case Name** | **Case Number** | **Date Filed** |
| --- | --- | --- |
| *Khan v. ChargePoint Holdings, Inc.* | 5:23-cv-06172-PCP | 11/29/2023 |
| *Yates v. Romano, et al.* | 3:24-cv-00149-PCP | 1/08/2024 |
| *Roy v. Romano, et al.* | 3:24-cv-01281-PCP | 3/01/2024 |
| *Tonneyck, et al. v. Bowman, et al.* | 3:24-cv-02619-WHA | 5/02/2024 |
| *Tomasso v. Romano, et al.* | 5:24-cv-03162 | 5/24/2024 |

<strong><u>ARGUMENT</u></strong>

Civ. L.R. 3-12(a) provides that actions are deemed related when: "(1) [t]he actions concern substantially the same parties, property, transaction, or event; and (2) [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."

The *Tonneyck* Derivative Action, the *Tomasso* Derivative Action, and the Related Actions involve similar parties and contain similar and overlapping factual allegations. The Securities Class Action and the Derivative Actions arise, at least in part, from the same allegedly false and misleading statements made by executives of ChargePoint Holdings, Inc. ("ChargePoint" or the "Company"). The Securities Class Action alleges violations of the federal securities laws by ChargePoint, as well

---

[1] The plaintiffs in the *Yates* Derivative Action and the *Roy* Derivative Action filed a Stipulation and [Proposed] Order Consolidating Related Shareholder Derivative Actions and Appointing Co-Lead Counsel for Plaintiffs on April 10, 2024. *Yates* Derivative Action, ECF No. 39. Given that two additional related derivative cases are now pending, Plaintiffs respectfully submit that it would be premature for the Court to So Order that stipulation.

as defendants Pasquale Romano ("Romano") and Rex S. Jackson ("Jackson"). The Derivative Actions allege that Romano, Jackson, and others breached the fiduciary duties they owe to ChargePoint and its shareholders in connection with, *inter alia*, the same statements that are alleged to be materially false and misleading in the Securities Class Action.

Given the similarities among these cases and the fact that these cases are pending in this District, relating the cases before a single judge would serve the interests of judicial economy and avoid the potential for conflicting rulings on common issues. *See, e.g.*, *Gorsline v. Nutanix, Inc.*, 2023 U.S. Dist. LEXIS 119913, at *1-2 (N.D. Cal. July 12, 2023) (relating a securities action and a derivative action where the cases concerned substantially the same parties and the same statements violated securities laws). Because the requirements of Civ. L.R. 3-12 are met, relation is appropriate.

## CONCLUSION

For all the foregoing reasons, Plaintiffs respectfully request that the Court enter the proposed order administratively relating the *Tonneyck* Derivative Action and the *Tomasso* Derivative Action to the Related Actions.

Dated:  June 6, 2024

Respectfully submitted,

**BRAGAR EAGEL & SQUIRE, P.C.**

*/s/ Melissa A. Fortunato*
Melissa A. Fortunato (SBN 319767)
  fortunato@bespc.com
Marion C. Passmore (SBN 228474)
  passmore@bespc.com
580 California Street, Suite 1200,
San Francisco, CA 94104
Telephone: (415) 568-2124
Facsimile: (212) 214-0506

*Counsel for Plaintiffs Reony Tonneyck, Robert Hann, and Ronald Hinton*

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case No. 5:23-cv-06172-PCP

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the Electronic Mail Notice for this action.

*/s/ Melissa A. Fortunato*
Melissa A. Fortunato

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case No. 5:23-cv-06172-PCP