Melissa A. Fortunato (SBN 319767)
  fortunato@bespc.com
Marion C. Passmore (SBN 228474)
  passmore@bespc.com
BRAGAR EAGEL & SQUIRE, P.C.
580 California Street, Suite 1200,
San Francisco, CA 94104
Telephone: (415) 568-2124
Facsimile: (212) 214-0506

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FAROOQ KHAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHARGEPOINT HOLDINGS, INC., PASQUALE ROMANO, and REX S. JACKSON,<br><br>Defendants, | Case No.:  5:23-cv-06172-PCP<br><br>**DECLARATION OF MELISSA A. FORTUNATO IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>(Civil L.R. 3-12 and 7-11) |

[Caption continued on next page]

DECLARATION OF MELISSA A. FORTUNATO IN SUPPORT OF ADMINISTRATIVE
MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case No. 5:23-cv-06172-PCP

JOANN C. YATES, derivatively on behalf of CHARGEPOINT HOLDINGS, INC.,

Plaintiff,

v.

PASQUALE ROMANO, REX S. JACKSON, ROXANNE BOWMAN, ELAINE L. CHAO, BRUCE CHIZEN, AXEL HARRIES, JEFFREY HARRIS, SUSAN HEYSTEE, MARK LESCHLY, MICHAEL LINSE, EKTA SINGH-BUSHELL, G. RICHARD WAGONER, JR., and RICK WILMER,

Defendants,

and

CHARGEPOINT HOLDINGS, INC.,

Nominal Defendant,

Case No. 3:24-cv-00149-PCP

[Caption continued on next page]

2

DECLARATION OF MELISSA A. FORTUNATO IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case No. 5:23-cv-06172-PCP

ANAND ROY, derivatively on behalf of CHARGEPOINT HOLDINGS, INC.,

Plaintiff,

v.

PASQUALE ROMANO, REX S. JACKSON, RICK WILMER, ROXANNE BOWMAN, ELAINE L. CHAO, BRUCE CHIZEN, AXEL HARRIES, JEFFREY HARRIS, SUSAN HEYSTEE, MARK LESCHLY, MICHAEL LINSE, EKTA SINGH-BUSHELL, and G. RICHARD WAGONER, JR.,

Defendants,

and

CHARGEPOINT HOLDINGS, INC.,

Nominal Defendant,

Case No.:  3:24-cv-01281-PCP

[Caption continued on next page]

3

DECLARATION OF MELISSA A. FORTUNATO IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case No. 5:23-cv-06172-PCP

REONY TONNEYCK, ROBERT HANN, and RONALD HINTON, derivatively on behalf of CHARGEPOINT HOLDINGS, INC.,

                    Plaintiffs,

          v.

ROXANNE BOWMAN, ELAINE L. CHAO, BRUCE CHIZEN, AXEL HARRIES, JEFFREY HARRIS, SUSAN HEYSTEE, REX S. JACKSON, MARK LESCHLY, MICHAEL LINSE, PASQUALE ROMANO, EKTA SINGH-BUSHELL, G. RICHARD WAGONER, JR., and RICK WILMER,

                    Defendants,

          and

CHARGEPOINT HOLDINGS, INC.,

                    Nominal Defendant,

Case No.:  3:24-cv-02619-WHA

Honorable William H. Alsup

[Caption continued on next page]

---

4

DECLARATION OF MELISSA A. FORTUNATO IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case No. 5:23-cv-06172-PCP

JACOPO TOMASSO, derivatively on behalf of CHARGEPOINT HOLDINGS, INC.,

Plaintiff,

v.

PASQUALE ROMANO, REX S. JACKSON, RICK WILMER, ROXANNE BOWMAN, BRUCE CHIZEN, AXEL HARRIES, JEFFREY HARRIS, SUSAN HEYSTEE, MARK LESCHLY, MICHAEL LINSE, EKTA SINGH-BUSHELL, and G. RICHARD WAGONER, JR.,

Defendants,

and

CHARGEPOINT HOLDINGS, INC.,

Nominal Defendant.

Case No.:  5:24-cv-03162

I, Melissa A. Fortunato, hereby declares as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of California and this Court.  I am a partner at Bragar Eagel & Squire, P.C., counsel for Plaintiffs Reony Tonneyck, Robert Hann, and Ronald Hinton (collectively, "Plaintiffs") in the above-captioned action *Tonneyck, et al. v. Bowman, et al.*, Case No. 3:24-cv-02619-WHA (the "*Tonneyck* Derivative Action").

2.      I submit this declaration in support of the Administrative Motion to Consider Whether Cases Should Be Related (the "Administrative Motion").  I have knowledge of the matters stated herein and, should I be called upon, I could and would competently testify thereto.

3.      My firm has conferred with counsel for ChargePoint Holdings, Inc. ("ChargePoint") and individual defendants Roxanne Bowman, Elaine L. Chao, Bruce Chizen, Axel Harries, Jeffrey Harris, Susan Heystee, Rex S. Jackson, Mark Leschly, Michael Linse, Pasquale Romano, Ekta

5

Singh-Bushell, G. Richard Wagoner, Jr., and Rick Wilmer (together the "Individual Defendants"), and counsel for Plaintiff Joann C. Yates ("Plaintiff Yates") in the action *Yates v. Romano, et al.*, Case No. 3:24-cv-00149-PCP (the "*Yates* Derivative Action"), counsel for Plaintiff Anand Roy ("Plaintiff Roy") in the action *Roy v. Romano, et al.*, Case No. 3:24-cv-01281-SVK (the "*Roy* Derivative Action" and together with the *Yates* Derivative Action, the "Related Derivative Actions"), and counsel for Plaintiff Jacopo Tomasso ("Plaintiff Tomasso") in the action *Tomasso v. Romano, et al.*, Case No. 5:24-cv-03162 (the "*Tomasso* Derivative Action") regarding this Administrative Motion.  The Individual Defendants, ChargePoint, and Plaintiff Tomasso do not oppose the relief sought in the Administrative Motion and agree that the *Tonneyck* Derivative Action and the *Tomasso* Derivative Action should be deemed related to the Related Derivative Actions and to *Khan v. ChargePoint Holdings, Inc.*, 5:23-cv-06172-PCP (the "Securities Class Action"). Plaintiff Roy and Plaintiff Yates did not consent to the filing of the Administrative Motion.  I submit this Declaration in lieu of a stipulation to the same effect.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true to the best of my knowledge.

Executed June 6, 2024, at Fairfax, California.

*s/ Melissa A. Fortunato*
Melissa A. Fortunato

DECLARATION OF MELISSA A. FORTUNATO IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case No. 5:23-cv-06172-PCP