**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FAROOQ KHAN, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CHARGEPOINT HOLDINGS, INC., PASQUALE ROMANO, and REX S. JACKSON,<br><br>　　　　　　　Defendants, | Case No.:  5:23-cv-06172-PCP<br><br>~~[PROPOSED]~~ **ORDER**<br><br>(Civil L.R. 3-12 and 7-11)<br><br>Honorable P. Casey Pitts |

[Caption continued on next page]

JOANN C. YATES, derivatively on behalf of CHARGEPOINT HOLDINGS, INC.,

Plaintiff,

v.

PASQUALE ROMANO, REX S. JACKSON, ROXANNE BOWMAN, ELAINE L. CHAO, BRUCE CHIZEN, AXEL HARRIES, JEFFREY HARRIS, SUSAN HEYSTEE, MARK LESCHLY, MICHAEL LINSE, EKTA SINGH-BUSHELL, G. RICHARD WAGONER, JR., and RICK WILMER,

Defendants,

and

CHARGEPOINT HOLDINGS, INC.,

Nominal Defendant,

Case No. 3:24-cv-00149-PCP

[Caption continued on next page]

[PROPOSED] ORDER
Case No. 5:23-cv-06172-PCP

ANAND ROY, derivatively on behalf of CHARGEPOINT HOLDINGS, INC.,

Plaintiff,

v.

PASQUALE ROMANO, REX S. JACKSON, RICK WILMER, ROXANNE BOWMAN, ELAINE L. CHAO, BRUCE CHIZEN, AXEL HARRIES, JEFFREY HARRIS, SUSAN HEYSTEE, MARK LESCHLY, MICHAEL LINSE, EKTA SINGH-BUSHELL, and G. RICHARD WAGONER, JR.,

Defendants,

and

CHARGEPOINT HOLDINGS, INC.,

Nominal Defendant,

Case No.:  3:24-cv-01281-PCP

[Caption continued on next page]

[PROPOSED] ORDER
Case No. 5:23-cv-06172-PCP

REONY TONNEYCK, ROBERT HANN, and RONALD HINTON, derivatively on behalf of CHARGEPOINT HOLDINGS, INC.,

Plaintiffs,

v.

ROXANNE BOWMAN, ELAINE L. CHAO, BRUCE CHIZEN, AXEL HARRIES, JEFFREY HARRIS, SUSAN HEYSTEE, REX S. JACKSON, MARK LESCHLY, MICHAEL LINSE, PASQUALE ROMANO, EKTA SINGH-BUSHELL, G. RICHARD WAGONER, JR., and RICK WILMER,

Defendants,

and

CHARGEPOINT HOLDINGS, INC.,

Nominal Defendant,

Case No.:  3:24-cv-02619-WHA

Honorable William H. Alsup

[Caption continued on next page]

4

[PROPOSED] ORDER
Case No. 5:23-cv-06172-PCP

JACOPO TOMASSO, derivatively on behalf of CHARGEPOINT HOLDINGS, INC.,

Plaintiff,

v.

PASQUALE ROMANO, REX S. JACKSON, RICK WILMER, ROXANNE BOWMAN, BRUCE CHIZEN, AXEL HARRIES, JEFFREY HARRIS, SUSAN HEYSTEE, MARK LESCHLY, MICHAEL LINSE, EKTA SINGH-BUSHELL, and G. RICHARD WAGONER, JR.,

Defendants,

and

CHARGEPOINT HOLDINGS, INC.,

Nominal Defendant.

Case No.:  5:24-cv-03162

Upon consideration of plaintiffs Reony Tonneyck, Robert Hann, and Ronald Hinton's (collectively, "Plaintiffs") Administrative Motion to Consider Whether Cases Should be Related, the Court finds that *Tonneyck, et al. v. Bowman, et al.,* Case No. 3:24-cv-02619-WHA (the "*Tonneyck* Derivative Action") and *Tomasso v. Romano, et al.*, Case No. 5:24-cv-03162 (the "*Tomasso* Derivative Action") (collectively, the "Derivative Actions") shall be deemed related to *Yates v. Romano, et al.*, Case No. 3:24-cv-00149-PCP, *Roy v. Romano, et al.*, Case No. 3:24-cv-01281-PCP, and *Khan v. ChargePoint Holdings, Inc.*, 5:23-cv-06172-PCP (collectively, the "Related Actions") pursuant to Civil L.R. 3-12.

The Court, HEREBY ORDERS:

1.    The Derivative Actions are deemed related to the Related Actions.

2.    The Derivative Actions are hereby reassigned to Judge P. Casey Pitts.

5

3.    Pursuant to Civil L.R. 3-12(g), any Initial Case Management Conference currently scheduled in either of the Derivative Actions will be rescheduled by this Court, and the parties shall adjust the dates for the conference, disclosures, and report required by Fed. R. Civ. P. 16 and 26 accordingly.

**IT IS SO ORDERED.**

Dated: June 12, 2024

_____

HONORABLE P. CASEY PITTS
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
Case No. 5:23-cv-06172-PCP