Jaime A. Bartlett (SBN 251825)
jbartlett@sidley.com
Sara B. Brody (SBN 130222)
sbrody@sidley.com
Chaddy Georges (SBN 335546)
cgeorges@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: +1 415 772 1200
Facsimile: +1 415 772 7400

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| FAROOQ KHAN,<br><br>            Plaintiff,<br><br>      v.<br><br>CHARGEPOINT HOLDINGS, INC., et al.,<br><br>            Defendants. | Case No. 5:23-cv-06172-EKL<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMITS FOR BRIEFING ON DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT** |

Pursuant to Local Rule 7-12, Lead Plaintiffs Shahram Afshani and Paulina Afshani Schwartz and Defendants ChargePoint Holdings, Inc., Pasquale Romano, and Rex Jackson (collectively, the "Parties"), through their undersigned counsel, hereby stipulate to and seek the Court's approval of an order extending the page limits for briefing on Defendants' anticipated Motion to Dismiss the Amended Complaint.

## RECITALS

WHEREAS pursuant to the Court's May 24, 2024 Order regarding the schedule for the filing of an Amended Complaint and Motion to Dismiss briefing (Dkt. No. 92), the deadline for Defendants to move to dismiss the Amended Complaint is September 17, 2024;

WHEREAS, the Defendants believe that, because of the length of the Amended Complaint, number of challenged statements alleged, and the multiple claims brought, Defendants will need additional pages in their opening and reply briefs in support of their anticipated Motion to Dismiss to fully respond to the allegations;

WHEREAS, Lead Plaintiffs do not oppose an extension of the page limits for Defendants' opening and reply briefs on the anticipated Motion to Dismiss to 30 and 20 pages, respectively, provided that Lead Plaintiffs are granted a corresponding extension of the page limit for Lead Plaintiffs' opposition to Defendants' anticipated Motion to Dismiss to 35 pages; and

WHEREAS, Defendants do not oppose a corresponding extension of the page limit for Lead Plaintiffs' opposition to Defendants' anticipated Motion to Dismiss to 35 pages.

## STIPULATION

IT IS THEREFORE STIPULATED AND AGREED by the Parties, through their respective counsel of record, that, subject to the Court's approval, the page limits for the briefing on Defendants' anticipated Motion to Dismiss will be as follows:

(a) Defendants' opening brief shall be not longer than 30 pages;

(b) Lead Plaintiffs' opposition to Defendants' Motion to Dismiss shall be not longer than 35 pages; and

(c) Defendants' reply in support of the Motion to Dismiss shall be not longer than 20 pages.

IT IS SO STIPULATED.

STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMITS FOR BRIEFING ON DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT

Date:  August 21, 2024                    SIDLEY AUSTIN LLP


                                          By: */s/ Jaime A. Bartlett*
                                               Jaime A. Bartlett (SBN 251825)
                                               jbartlett@sidley.com
                                               Sara B. Brody (SBN 130222)
                                               sbrody@sidley.com
                                               Chaddy Georges (SBN 335546)
                                               cgeorges@sidley.com
                                               SIDLEY AUSTIN LLP
                                               555 California Street, Suite 2000
                                               San Francisco, CA 94104
                                               Telephone: +1 415 772 1279

                                               *Attorneys for Defendants*


Date: August 21, 2024                     HAGENS BERMAN SOBOL SHAPIRO LLP


                                          By: */s/ Lucas E. Gilmore*
                                               Lucas E. Gilmore (SBN 250893)
                                               lucasg@hbsslaw.com
                                               Reed R. Kathrein (SBN 139304)
                                               red@hbsslaw.com
                                               HAGENS BERMAN SOBOL SHAPIRO LLP
                                               715 Hearst Avenue, Suite 300
                                               Berkeley, CA 94710
                                               Telephone: +1 510 725 3000

                                               *Attorneys for Lead Plaintiffs*


## ATTESTATION

I, Jaime A. Bartlett, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Extending Page Limits for Briefing on Defendants' Motion to Dismiss Lead Plaintiffs' Amended Complaint. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that all signatories have concurred in this filing.

Dated: August 21, 2024                    By: */s/ Jaime A. Bartlett*
                                               Jaime A. Bartlett

2

STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMITS FOR BRIEFING ON DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, and good cause appearing, the page limits for the briefing on Defendants' anticipated Motion to Dismiss will be as follows:

(a) Defendants' opening brief shall be not longer than 30 pages;

(b) Lead Plaintiffs' opposition to Defendants' Motion to Dismiss shall be not longer than 35 pages; and

(c) Defendants' reply in support of the Motion to Dismiss shall be not longer than 20 pages.

IT IS SO ORDERED.

Date:  August 22, 2024

_____

HONORABLE JUDGE EUMI K. LEE
UNITED STATES DISTRICT JUDGE