Jaime A. Bartlett (SBN 251825)
jbartlett@sidley.com
Sara B. Brody (SBN 130222)
sbrody@sidley.com
Matthew P. Henry (SBN 308878)
mhenry@sidley.com
Chaddy Georges (SBN 335546)
cgeorges@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: +1 415 772 1200
Facsimile: +1 415 772 7400

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FAROOQ KHAN,<br><br>            Plaintiff,<br><br>      v.<br><br>CHARGEPOINT HOLDINGS, INC., et al.,<br><br>            Defendants. | Case No. 5:23-cv-06172-EKL<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING CASE MANAGEMENT CONFERENCE DEADLINES UNDER SECTION VI OF THE COURT'S STANDING ORDER FOR CIVIL CASES** |

STIPULATION AND [PROPOSED] ORDER VACATING CMC DEADLINES

WHEREAS, on November 29, 2023, Plaintiff Farooq Khan filed a complaint in this Court asserting federal securities claims arising under the Securities Exchange Act of 1934 against Defendants (ECF No. 1), and the case was assigned to the Honorable P. Casey Pitts (ECF No. 3);

WHEREAS, on November 30, 2023, Judge Pitts issued an Order scheduling an Initial Case Management Conference for February 29, 2024 at 1:00 p.m.. and setting associated deadlines, including a deadline for a Case Management Statement, pursuant to the Federal Rules of Civil Procedure, the Civil Local Rules, and the Alternative Dispute Resolution Local Rules (ECF No. 7);

WHEREAS, on January 3, 2024, pursuant to stipulation, Judge Pitts vacated the Initial Case Management Conference and associated deadlines, including the deadline for a Case Management Statement, and ordered that the Initial Case Management Conference and associated deadlines be reset after the Court has an opportunity to rule on Defendants' anticipated motion to dismiss (ECF No. 17);

WHEREAS, on May 16, 2024, Judge Pitts issued an Order Consolidating Cases and Appointing Lead Plaintiffs and Lead Counsel (ECF No. 87), which, among other things, appointed Shahram Afshani and Paulina Afshani Schwartz as Lead Plaintiffs and Hagens Berman Sobol Shapiro LLP as Lead Counsel in the above-captioned action;

WHEREAS, on May 24, 2024, pursuant to stipulation, Judge Pitts issued an order setting a July 19, 2024 deadline for Lead Plaintiffs to file an Amended Complaint and setting a briefing schedule for Defendants' anticipated Motion to Dismiss, under which the Motion is due September 17, 2024, Lead Plaintiffs' Opposition is due November 15, 2024, and Defendants' Reply is due December 20, 2024 (ECF No. 92);

WHEREAS, pursuant to the scheduling order, on July 19, 2024, Lead Plaintiffs filed their Amended Complaint (ECF No. 99);

WHEREAS, on August 20, 2024, this case was reassigned to the Honorable Eumi K. Lee, and the Court ordered the parties to file a Joint Case Management Statement by September 16, 2024 (ECF No. 100);

STIPULATION AND [PROPOSED] ORDER VACATING CMC DEADLINES

WHEREAS, Section VI of the Court's Standing Order for Civil Cases provides that "If a defendant files a motion to dismiss that is dispositive of the **entire** case, the parties can stipulate to move the initial case management conference 21 days after the hearing on that motion";

WHEREAS, pursuant to the scheduling order, Defendants intend to file a Motion to Dismiss on September 17, 2024, that, if granted in its entirety, would resolve the entire case;

WHEREAS, this action is subject to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u–4, Pub. L. No. 104-67, 109 Stat. 737 (1995), under which discovery is stayed during the pendency of any motion to dismiss, unless otherwise ordered by the Court (15 U.S.C. § 78u-4(b)(3)(B)); and

WHEREAS, the undersigned parties respectfully submit that, in light of the PSLRA's discovery stay, Defendants' anticipated motion to dismiss, and the Court's Standing Order, good cause exists to vacate the September 16, 2024 deadline for a Joint Case Management Statement and to reset the Initial Case Management Conference, and all associated deadlines, for 21 days after the hearing on Defendants' anticipated motion to dismiss, or as soon thereafter as convenient for the Court;

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned, subject to Court approval, as follows:

1. The September 16, 2024 deadline for a Joint Case Management Statement is vacated and the Initial Case Management Conference, and all associated deadlines, shall be reset for a date 21 days after the hearing on Defendants' anticipated motion to dismiss, or as soon thereafter as convenient for the Court.

Date: September 12, 2024                SIDLEY AUSTIN LLP

By:/s/ Jaime A. Bartlett
   Jaime A. Bartlett (SBN 251825)
   jbartlett@sidley.com
   Sara B. Brody (SBN 130222)
   sbrody@sidley.com
   Matthew P. Henry  (SBN 308878)
   mhenry@sidley.com

STIPULATION AND [PROPOSED] ORDER VACATING CMC DEADLINES

Chaddy Georges (SBN 335546)
cgeorges@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: +1 415 772 1279

*Attorneys for Defendants*

Date: September 12, 2024                         HAGENS BERMAN SOBOL SHAPIRO LLP

By:*/s/ Lucas E. Gilmore*
Lucas E. Gilmore (SBN 250893)
lucasg@hbsslaw.com
Reed R. Kathrein (SBN 139304)
reed@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: +1 510 725 3000

*Attorneys for Lead Plaintiffs*

## **ATTESTATION**

I, Jaime A. Bartlett, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Vacating Case Management Conference Deadlines Under Section VI of the Court's Standing Order. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that all signatories have concurred in this filing.

Dated: September 12, 2024                         By:*/s/ Jaime A. Bartlett*
                                                            Jaime A. Bartlett

3
STIPULATION AND [PROPOSED] ORDER VACATING CMC DEADLINES

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, and good cause appearing, the September 16, 2024 deadline for a Joint Case Management Statement is vacated and the Initial Case Management Conference, and all associated deadlines, shall be reset for a date 21 days after the hearing on Defendants' anticipated motion to dismiss, or as soon thereafter as convenient for the Court.

IT IS SO ORDERED.

Date:  September  13, 2024

_____

HONORABLE JUDGE EUMI K. LEE