Reed R. Kathrein (SBN 139304)
Lucas E. Gilmore (SBN 250893)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
reed@hbsslaw.com
lucasg@hbsslaw.com

Raffi Melanson (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1 Faneuil Hall Sq., 5th Floor
Boston, MA 02109
Telephone: (617) 482-3700
raffim@hbsslaw.com

*Lead Counsel for Lead Plaintiffs Shahram Afshani and Paulina Afshani Schwartz*

Sara B. Brody (SBN 130222)
Jaime A. Bartlett (SBN 251825)
Matthew P. Henry (SBN 308878)
Chaddy Georges (SBN 335546)
**SIDLEY AUSTIN LLP**
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
sbrody@sidley.com
jbartlett@sidley.com
mhenry@sidley.com
cgeorges@sidley.com

*Attorneys for Defendants ChargePoint Holdings, Inc., Pasquale Romano, and Rex S. Jackson*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FAROOQ KHAN, individually on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHARGEPOINT HOLDINGS, INC., *et al.*,<br><br>Defendants. | Case No. 5:23-cv-06172-NW<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER (1) VACATING HEARING ON MOTION TO DISMISS AND (2) ESTABLISHING PLAN FOR LEAD PLAINTIFFS' ANTICIPATED SECOND AMENDED CLASS ACTION COMPLAINT** |

Pursuant to Civil Local Rule 7-12, Lead Plaintiffs Shahram Afshani and Paulina Afshani Schwartz and Defendants ChargePoint Holdings, Inc., Pasquale Romano, and Rex Jackson (collectively with Lead Plaintiffs, the "Parties"), by and through their undersigned counsel of record, submit the following stipulation and [proposed] order (i) vacating the July 16, 2025 hearing on Defendants' Motion to Dismiss and (ii) establishing a plan for Lead Plaintiffs' anticipated Second Amended Class Action Complaint.

WHEREAS, on March 26, 2025, the Clerk's office filed a notice resetting the hearing on Defendants' Motion to Dismiss the First Amended Class Action Complaint for July 16, 2025, at 9:00 a.m. (ECF No. 120);

WHEREAS, on July 7, 2025, Lead Plaintiffs requested that Defendants consent to an Order vacating the July 16, 2025 hearing on Defendants' Motion to Dismiss in light of the fact that: (i) the attorney for Lead Counsel responsible for arguing the Motion to Dismiss now has a conflict on July 16, 2025, due to an unexpected and important family commitment and (ii) Lead Plaintiffs intend to seek leave to file a Second Amended Class Action Complaint;

WHEREAS, on July 7, 2025, Defendants informed Lead Plaintiffs that, based on Lead Counsel's representations, they agree that there is good cause to vacate the July 16, 2025 hearing on Defendants' Motion to Dismiss;

WHEREAS, as set forth below, the Parties have agreed to a plan for addressing Lead Plaintiffs' proposed Second Amended Class Action Complaint;

NOW, THEREFORE, IT IS SO STIPULATED, by and between the Parties, through their undersigned counsel, and subject to Court approval, that:

a.   The hearing on Defendants' Motion to Dismiss presently scheduled for July 16, 2025, at 9:00 a.m. is hereby VACATED;

b.   Lead Plaintiffs shall provide their proposed Second Amended Class Action Complaint to Defendants no later than July 8, 2025;

c.   Lead Plaintiffs' deadline to file their motion to amend with their proposed Second Amended Complaint is July 15, 2025; and

d.   In the event Defendants intend to oppose Plaintiffs' forthcoming motion to amend, the Parties will confer and submit to the Court a proposed schedule for briefing and the hearing on the motion to amend by July 15, 2025. Alternatively, in the event Defendants choose not to oppose Plaintiffs' forthcoming motion to amend, the Parties will confer and submit to the Court a proposed schedule for briefing and

hearing on Defendants' anticipated motion to dismiss the Second Amended Complaint by July 15, 2025.

IT IS SO STIPULATED.

DATED: July 7, 2025

Respectfully submitted,

*/s/ Lucas E. Gilmore*

Lucas E. Gilmore (SBN 250893)
Reed R. Kathrein (SBN 139304)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

Raffi Melanson (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1 Faneuil Hall Sq., 5th Floor
Boston, MA 02109
Telephone: (617) 482-3700
Email: raffim@hbsslaw.com

*Lead Counsel for Lead Plaintiffs Shahram Afshani and Paulina Afshani Schwartz*

DATED: July 7, 2025

Respectfully submitted,

*/s/ Jaime A. Bartlett*

Sara B. Brody (SBN 130222)
Jaime A. Bartlett (SBN 251825)
Matthew P. Henry (SBN 308878)
Chaddy Georges (SBN 335546)
**SIDLEY AUSTIN LLP**
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
sbrody@sidley.com
jbartlett@sidley.com
mhenry@sidley.com
cgeorges@sidley.com

*Attorneys for Defendants ChargePoint Holdings, Inc., Pasquale Romano, and Rex S. Jackson*

## **ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Lucas E. Gilmore, am the ECF User whose identification and password are being used to file the foregoing document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

DATED: July 7, 2025                         */s/ Lucas E. Gilmore*
                                            LUCAS E. GILMORE

**[PROPOSED] ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED AS MODIFIED, BELOW.

Defendants' motion to dismiss (ECF No. 106) is administratively terminated as moot per the parties' stipulation.  If Plaintiffs' anticipated motion for leave to file a second amended complaint is denied, Defendant may refile the motion to dismiss without prejudice.

DATED: _____July 8, 2025_____

_____
NOËL WISE
United States District Judge