Reed R. Kathrein (SBN 139304)
Lucas E. Gilmore (SBN 250893)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
reed@hbsslaw.com
lucasg@hbsslaw.com

Raffi Melanson (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1 Faneuil Hall Sq., 5th Floor
Boston, MA 02109
Telephone: (617) 482-3700
raffim@hbsslaw.com

*Lead Counsel for Lead Plaintiffs Shahram
Afshani and Paulina Afshani Schwartz*

Sara B. Brody (SBN 130222)
Jaime A. Bartlett (SBN 251825)
Matthew P. Henry (SBN 308878)
Chaddy Georges (SBN 335546)
**SIDLEY AUSTIN LLP**
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
sbrody@sidley.com
jbartlett@sidley.com
mhenry@sidley.com
cgeorges@sidley.com

*Attorneys for Defendants ChargePoint
Holdings, Inc., Pasquale Romano, and Rex S.
Jackson*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAROOQ KHAN, individually on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CHARGEPOINT HOLDINGS, INC., *et al.*, <br><br> Defendants. | Case No. 5:23-cv-06172-NW <br><br> CLASS ACTION <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING LEAVE TO FILE THE SECOND AMENDED COMPLAINT AND THE SETTING OF A BRIEFING SCHEDULE FOR DEFENDANTS' ANTICIPATED MOTION TO DISMISS** |

Pursuant to Civil Local Rule 7-12, Lead Plaintiffs Shahram Afshani and Paulina Afshani Schwartz, together with Defendants ChargePoint Holdings, Inc., Pasquale Romano, and Rex Jackson (collectively with Lead Plaintiffs, the "Parties"), by and through their respective undersigned counsel of record, hereby stipulate as follows:

WHEREAS, on July 8, 2025, the Court entered a Stipulation and Order (1) Vacating Hearing on Motion to Dismiss and (2) Establishing Plan for Lead Plaintiffs' Anticipated Second Amended Class Action Complaint (ECF No. 123) ("Stipulation and Order");

WHEREAS, pursuant to the proposed plan set forth in the Stipulation and Order, Lead

Plaintiffs provided their proposed Second Amended Class Action Complaint to Defendants on July 8, 2025;

WHEREAS, counsel for Defendants, after having the opportunity to review the proposed Second Amended Class Action Complaint, have agreed to Lead Plaintiffs' request for leave and consent to its immediate filing, while reserving all rights to challenge the proposed Second Amended Class Action Complaint subject to the briefing schedule proposed below;

WHEREAS, pursuant to the Stipulated Order, the Parties have met and conferred regarding a briefing schedule for Defendants' response to the Second Amended Class Action Complaint, and Lead Plaintiffs agree to Defendants' proposed schedule set forth below, given briefing deadlines and litigation events in multiple other cases which limit the parties' ability to brief the motion to dismiss at a faster pace;

WHEREAS, Federal Rule of Civil Procedure 15(a)(2) states that a party may amend its pleading with the opposing party's written consent or the court's leave, and that courts "should freely give leave [to amend] when justice so requires";

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel, and subject to Court approval, that:

a.    Plaintiffs shall file the proposed Second Amended Complaint within five (5) days of the Court's approval of the instant Stipulation.

b.    Defendants shall file their anticipated Motion to Dismiss the Second Amended Class Action Complaint, or shall otherwise respond, by September 26, 2025.

c.    If Defendants file a Motion to Dismiss the Second Amended Class Action Complaint, Lead Plaintiffs shall file any opposition to such motion no later than November 26, 2025.

d.    Defendants shall file their reply to such opposition no later than January 13, 2025.

IT IS SO STIPULATED.

DATED: July 15, 2025                    Respectfully submitted,

                                        */s/ Lucas E. Gilmore*
                                        Lucas E. Gilmore (SBN 250893)
                                        Reed R. Kathrein (SBN 139304)
                                        **HAGENS BERMAN SOBOL SHAPIRO LLP**
                                        715 Hearst Avenue, Suite 300
                                        Berkeley, CA 94710
                                        Telephone: (510) 725-3000
                                        reed@hbsslaw.com
                                        lucasg@hbsslaw.com

                                        Raffi Melanson (*pro hac vice*)
                                        **HAGENS BERMAN SOBOL SHAPIRO LLP**
                                        1 Faneuil Hall Sq., 5th Floor
                                        Boston, MA 02109
                                        Telephone: (617) 482-3700
                                        Email: raffim@hbsslaw.com

                                        *Lead Counsel for Lead Plaintiffs Shahram Afshani
                                        and Paulina Afshani Schwartz*

DATED: July 15, 2025                    Respectfully submitted,

                                        */s/ Jaime A. Bartlett*
                                        Sara B. Brody (SBN 130222)
                                        Jaime A. Bartlett (SBN 251825)
                                        Matthew P. Henry (SBN 308878)
                                        Chaddy Georges (SBN 335546)
                                        **SIDLEY AUSTIN LLP**
                                        555 California Street, Suite 2000
                                        San Francisco, CA 94104
                                        Telephone: (415) 772-1200
                                        sbrody@sidley.com
                                        jbartlett@sidley.com
                                        mhenry@sidley.com
                                        cgeorges@sidley.com

                                        *Attorneys for Defendants ChargePoint Holdings,
                                        Inc., Pasquale Romano, and Rex S. Jackson*

### ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)

I, Lucas E. Gilmore, am the ECF User whose identification and password are being used to file the foregoing document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

DATED: July 15, 2025                    */s/ Lucas E. Gilmore*
                                        LUCAS E. GILMORE

# [PROPOSED] ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED

<span style="color:red">AS MODIFIED:</span>

a.　Plaintiffs shall file the proposed Second Amended Complaint ("SAC") within five (5) days of the Court's approval of the instant Stipulation, **by July 22, 2025.**

b.　Assuming Plaintiffs file their SAC on July 22, 2025, Defendants' responsive pleading would be typically be due on August 12, 2025.  In light of the age of this case, the Court is not inclined to significantly extend the parties' briefing schedule.

c.　Defendants shall file their anticipated Motion to Dismiss the SAC, or shall otherwise respond, by **September 17, 2025.**

d.　Lead Plaintiffs shall file any opposition to such motion no later than **October 1, 2025.**

e.　Defendants shall file their reply to such opposition no later than **October 8, 2025.**

f.　The Court sets Defendants' anticipated Motion to Dismiss for hearing on **October 22, 2025.**

DATED:　July 17, 2025

NOËL WISE
United States District Judge