Jaime A. Bartlett (SBN 251825)
jbartlett@sidley.com
Sara B. Brody (SBN 130222)
sbrody@sidley.com
Matthew P. Henry (SBN 308878)
mhenry@sidley.com
Chaddy Georges (SBN 335546)
cgeorges@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: +1 415 772 1200
Facsimile: +1 415 772 7400

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FAROOQ KHAN, Individually and on Behalf of All Others Similarly Situated, | Case No. 5:23-cv-06172-NW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMITS FOR BRIEFING ON DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT** |
| vs. | |
| CHARGEPOINT HOLDINGS, INC., et al., | |
| Defendants. | |

Pursuant to Local Rule 7-12, Lead Plaintiffs Shahram Afshani and Paulina Afshani Schwartz and Defendants ChargePoint Holdings, Inc., Pasquale Romano, Rex Jackson, and Michael Hughes (collectively, the "Parties"), through their undersigned counsel, hereby stipulate to and seek the Court's approval of an order extending the page limits for briefing on Defendants' anticipated Motion to Dismiss the Second Amended Complaint.

**RECITALS**

WHEREAS pursuant to the Court's July 17, 2025 Order Regarding Leave to File the Second Amended Complaint and the Setting of a Briefing Schedule for Defendants' Anticipated Motion to Dismiss (Dkt. No. 126), the deadline for Defendants to move to dismiss the Second Amended Complaint is September 17, 2025;

WHEREAS, Defendants believe that, because of the length of the Second Amended Complaint, number of challenged statements alleged, and the multiple claims brought, Defendants will need additional pages in their opening and reply briefs in support of their anticipated Motion to Dismiss to fully respond to the allegations;

WHEREAS, on August 22, 2024, the Court approved a stipulation extending the page limits for Defendants' Motion to Dismiss the First Amended Complaint to 30 pages for the motion, 35 pages for the opposition, and 20 pages for the reply (Dkt. 103);

WHEREAS, the Second Amended Complaint contains approximately one-third more pages and paragraphs than the First Amended Complaint;

WHEREAS, Defendants (a) have requested that Lead Plaintiffs agree to a 10 page enlargement of the 25 page limit for their Motion to Dismiss and five page enlargement of the 15 page limit for their reply based on Defendants' assertions that the additional pages are necessary to enable them to fully respond to the Second Amended Complaint and (b) Lead Plaintiffs do not oppose an extension of the page limits for Defendants' opening and reply briefs on the anticipated Motion to Dismiss to 35 and 20 pages, respectively, provided that Lead Plaintiffs are granted a corresponding extension of the page limit for Lead Plaintiffs' opposition to Defendants' anticipated Motion to Dismiss to 35 pages; and

STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMITS FOR BRIEFING ON DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT
CASE NO. 5:23-CV-06172-NW

WHEREAS, Defendants do not oppose a corresponding extension of the page limit for Lead Plaintiffs' opposition to Defendants' anticipated Motion to Dismiss to 35 pages.

## **STIPULATION**

IT IS THEREFORE STIPULATED AND AGREED by the Parties, through their respective counsel of record, that, subject to the Court's approval, the page limits for the briefing on Defendants' anticipated Motion to Dismiss will be as follows:

(a) Defendants' opening brief shall be not longer than 35 pages;

(b) Lead Plaintiffs' opposition to Defendants' Motion to Dismiss shall be not longer than 35 pages; and

(c) Defendants' reply in support of the Motion to Dismiss shall be not longer than 20 pages.

IT IS SO STIPULATED.


Date: September 10, 2025                        SIDLEY AUSTIN LLP


By: */s/ Jaime A. Bartlett*
    Jaime A. Bartlett (SBN 251825)
    jbartlett@sidley.com
    Sara B. Brody (SBN 130222)
    sbrody@sidley.com
    Matthew P. Henry (SBN 308878)
    mhenry@sidley.com
    Chaddy Georges (SBN 335546)
    cgeorges@sidley.com
    SIDLEY AUSTIN LLP
    555 California Street, Suite 2000
    San Francisco, CA 94104
    Telephone: +1 415 772 1200

    *Attorneys for Defendants*

STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMITS FOR BRIEFING ON DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT
CASE NO. 5:23-CV-06172-NW

Date: September 10, 2025

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Lucas E. Gilmore*

Lucas E. Gilmore (SBN 250893)
lucasg@hbsslaw.com
Reed R. Kathrein (SBN 139304)
reed@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: +1 510 725 3000

Raffi Melanson (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1 Faneuil Hall Sq., 5th Floor
Boston, MA 02109
Telephone: (617) 482-3700
Email: raffim@hbsslaw.com

*Attorneys for Lead Plaintiffs*

STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMITS FOR BRIEFING ON
DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT
CASE NO. 5:23-CV-06172-NW

**ATTESTATION**

I, Jaime A. Bartlett, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Extending Page Limits for Briefing on Defendants' Motion to Dismiss Lead Plaintiffs' Second Amended Complaint. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated: September 10, 2025                    By: */s/ Jaime A. Bartlett*
                                                  Jaime A. Bartlett

STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMITS FOR BRIEFING ON DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT
CASE NO. 5:23-CV-06172-NW

## ~~[PROPOSED]~~ ORDER

~~PURSUANT TO STIPULATION, and good cause appearing, the page limits for the briefing on Defendants' anticipated Motion to Dismiss will be as follows:~~

~~(a) Defendants' opening brief shall be not longer than 35 pages;~~

~~(b) Lead Plaintiffs' opposition to Defendants' Motion to Dismiss shall be not longer than 35 pages; and~~

~~(c) Defendants' reply in support of the Motion to Dismiss shall be not longer than 20 pages.~~

~~IT IS SO ORDERED.~~

DENIED. The page limits remain unchanged.

Date: September 12, 2025

HONORABLE JUDGE NOËL WISE