*Khan, et al. v. ChargePoint Holdings, Inc., et al.*, Case No. 5:23-cv-06172-NW (N.D. Cal.)

## Attachment A: Challenged Statements in Second Amended Complaint

| Stmt. No. | Date Made | Filing / Statement | Speaker | Statement *(All italics and bolding are from the Second Amended Complaint)* | Falsity Allegations |
|---|---|---|---|---|---|
| 1 | 2021.12.07 | Form 8-K Press Release | Romano | ¶ 145: "**ChargePoint has delivered another strong quarter**, as we have continued to scale our commercial, fleet and residential verticals across two continents," said Pasquale Romano, President and CEO of ChargePoint. "*The investments we have made over many years have enabled us to capture charging demand from customers preparing for an electric future. This quarter we added more customers at an accelerated rate,* while also successfully closing two acquisitions." | ¶ 153: Revenue Recognition Theory |
| 2 | 2021.12.07 | Form 8-K Press Release | ChargePoint | ¶ 146: ChargePoint further reported third quarter revenue of $65 million, an increase of 79% from $36.4 million in the prior year's same quarter. | ¶ 152: Revenue Recognition Theory |
| 3 | 2021.12.07 | Earnings Call | Romano | ¶ 147: "I'll provide a business update, including details of our strong Q3 execution against plan before turning it over to Rex for financials. As I stated previously, *our success is tied to the arrival of electric vehicles, and this quarter we saw continued momentum in EV sales in both the passenger and fleet categories.* According to BloombergNEF, as many as 2.9 million electric vehicles are expected to be sold across North America and | ¶ 154: Revenue Recognition Theory and Supply Chain Theory |

1

| Stmt. No. | Date Made | Filing / Statement | Speaker | Statement *(All italics and bolding are from the Second Amended Complaint)* | Falsity Allegations |
|---|---|---|---|---|---|
| | | | | Europe this year, an increase of approximately 67% from 2020. And accordingly, ***we are seeing strong demand from auto dealers for charging infrastructure, an indicator that they are prepping for high volume EV sales.*** <br><br> Our strong financial performance throughout this year is the result of investments in a product and go-to-market strategy we have made over many years to be able to capture associated demand across commercial, fleet and residential verticals in both North America and Europe. Historically, our revenue has only been limited by a sufficient breadth of and quantity of vehicle options available to consumers and fleets. And this further reinforces that ChargePoint is the equivalent of an index for the electrification of mobility. <br><br> ***Our Q3 revenue of $65 million*** was at the high end of the guidance range we provided on September 1. This positions us to raise our expectations for the fourth quarter and full year, despite what continues to be a dynamic supply chain environment." | |
| 4 | 2021.12.07 | Earnings Call | Romano | ¶ 148: *(Responding to an analyst inquiry concerning ChargePoint's supply chain and pricing)* "***We're incredibly proud of what our engineering and supply chain teams have had to do. . . . They are doing a tremendous*** | ¶ 155: Supply Chain Theory |

2

| Stmt. No. | Date Made | Filing / Statement | Speaker | Statement *(All italics and bolding are from the Second Amended Complaint)* | Falsity Allegations |
|---|---|---|---|---|---|
| | | | | *job keeping things moving through our supply chain, and yes, it is having – it is a drag.”* | |
| 5 | 2021.12.07 | Earnings Call | Jackson | ¶ 149: *(Responding to an analyst inquiry concerning ChargePoint's actual drivers of the revenue increase)* "**New customer acquisition was super strong in the quarter and then the distribution of what they buy, again, consistent. So, it's just really good growth across the board.**" | ¶ 156: Revenue Recognition Theory |
| 6 | 2021.12.07 | Earnings Call | Romano | ¶ 150: "We tend not to. **We don't financially engineer our margin**. And the reason is, our customer today is a customer for a very long time because of the re-buy nature of this. So, shaping is dangerous. We try to take all the business we can service, and obviously, inventory levels and lead times may impact our ability to win a deal in the future, who knows, but so far so good and not having an impact on things. But remember, a customer's initial buy is usually a fraction of their ongoing buys and you have a lot of time over the life of that customer to mature and evolve the product they need to buy today. So if they buy a product today that's under, say, supply chain pressure, well, you want that customer anyway, because most of the products they're | ¶ 157: Revenue Recognition Theory |

3

| Stmt. No. | Date Made | Filing / Statement | Speaker | Statement *(All italics and bolding are from the Second Amended Complaint)* | Falsity Allegations |
|---|---|---|---|---|---|
| | | | | going to buy is going to be well past when all of this clears." | |
| 7 | 2022.03.02 | Form 8-K Press Release | Romano | ¶ 158: "***ChargePoint delivered another outstanding quarter, exceeding the high end of both our quarterly and annual revenue guidance and advancing our technology leadership in our commercial, fleet and residential verticals across North America and Europe***," said Pasquale Romano, President and CEO of ChargePoint. "We had numerous successes in our first year as a publicly traded company, including a 65 percent year over year increase in annual revenue, two strategic acquisitions, expansion of our activated port count by over 60 percent, and growing our team of world class talent." | ¶ 165: Revenue Recognition Theory |
| 8 | 2022.03.02 | Form 8-K Press Release | ChargePoint | ¶ 159: ChargePoint reported fourth quarter revenue of $80.7 million, an increase of 90% from $42.4 million in the prior year's same quarter. | ¶ 164: Revenue Recognition Theory |
| 9 | 2022.03.02 | Earnings Call | Romano | ¶ 160: "[T]he investments we made over nearly 15 years set us up to capture the demand we are seeing today across commercial fleet and residential verticals in both North America and Europe. And these results further cement ChargePoint as the equivalent of an index for the electrification mobility. ***Our strong performance and record revenue throughout the year was fueled by*** | ¶ 165: Revenue Recognition Theory |

| Stmt. No. | Date Made | Filing / Statement | Speaker | Statement *(All italics and bolding are from the Second Amended Complaint)* | Falsity Allegations |
|---|---|---|---|---|---|
| | | | | *growth in charging demand from accelerated EV adoption.*" | |
| 10 | 2022.03.02 | Earnings Call | Jackson | ¶ 161: "Q4 revenue was $81 million, up 90% year-on-year, above our previously announced guidance range of $73 million to $78 million, and up 24% sequentially. *We're particularly pleased with this performance, given continuing supply chain challenges.* We've managed this well relative to our guidance commitments." | ¶ 166: Supply Chain Theory and Revenue Recognition Theory |
| 11 | 2022.05.31 | Form 8-K Press Release | Romano | ¶ 167: "*Positive first quarter results, despite expected significant headwinds due to global supply constraints, are a testament to the strength of our business,*" said Pasquale Romano, president and CEO of ChargePoint. "*Our investments in a comprehensive portfolio for all verticals we serve continue to set us apart when customers seek a charging solution*." | ¶¶ 173, 176[1]: Revenue Recognition Theory<br><br>¶ 175: Supply Chain Theory |
| 12 | 2022.05.31 | Form 8-K Press Release | ChargePoint | ¶ 168: ChargePoint reported first quarter revenue of $81.6 million, an increase of 102% from $40.5 million in the prior year's same quarter. | ¶ 172: Revenue Recognition Theory |

---

[1] Paragraph 176 purports to explain why the statements in paragraph *168* were false or misleading, but it quotes and describes the statements in paragraph *167*. Defendants have accordingly treated paragraph 176 as purporting to explain why the statements in paragraph 167 are false or misleading.

| Stmt. No. | Date Made | Filing / Statement | Speaker | Statement *(All italics and bolding are from the Second Amended Complaint)* | Falsity Allegations |
|---|---|---|---|---|---|
| 13 | 2022.05.31 | Earnings Call | Romano | ¶ 169: "We are happy to report that our first quarter revenue of $82 million exceeded the high end of the quarterly guidance provided on the last call. Consistent with recent quarters, we've performed well from a demand perspective across all verticals, which achieved record growth in Europe with 67% sequential quarterly revenue growth, a great indicator that our strategy to establish ourselves as a leader in that geography is working." | ¶ 174: Revenue Recognition Theory |
| 14 | 2022.05.31 | Earnings Call | Romano | ¶ 169: "Our year-over-year quarterly growth was 102%, and we grew sequentially from Q4 to Q1, beating the seasonal revenue decline we typically see between Q4 and Q1. ***Even more remarkable is we overcame supply chain headwinds to achieve that level of growth.*** We remain steadfast in prioritizing assurance of supply amidst the challenging macro environment. The increased inventory level on our balance sheet reflects our critical raw materials acquisition program, we are not accumulating finished product, having shipped what we could build during the quarter.<br><br>Our operations team did a great job assuring supply this quarter to deliver our top line, but supply shifted mix to a degree and demand | ¶ 175: Supply Chain Theory |

6

| Stmt. No. | Date Made | Filing / Statement | Speaker | Statement *(All italics and bolding are from the Second Amended Complaint)* | Falsity Allegations |
|---|---|---|---|---|---|
| | | | | again outstripped supply, with backlog up 35% over the prior quarter." | |
| 15 | 2022.05.31 | Earnings Call | Jackson | ¶ 170: "So, from a numerical perspective, obviously, we did a little bit better than we expected. From a mix perspective, it shifted even a little bit more in the direction it's been for the last two or three quarters, which is strongly in the direction of some of the quarter and fast-charging things that we're doing. Obviously, fleet was strong, Europe was strong, home was strong, which is part of residential, obviously. But some of the commercial was impacted by, first, supply, couldn't get it out the door, and also people aren't back to work yet. So, it wasn't meaningfully different than what we expected. It was just a slight product mix shift in a direction that you've seen over the last two quarters." | ¶ 177: Revenue Recognition |
| 16 | 2022.08.30 | Form 8-K Press Release | Romano | ¶ 178: "**ChargePoint delivered another strong quarter, with continued growth across all verticals and geographies,**" said Pasquale Romano, President and CEO of ChargePoint. "**We continue to execute on our strategy, as demand continues to grow for our portfolio of industry-leading charging solutions for every vertical and in both North America and Europe**." | ¶ 185: Revenue Recognition Theory |

7

| Stmt. No. | Date Made | Filing / Statement | Speaker | Statement *(All italics and bolding are from the Second Amended Complaint)* | Falsity Allegations |
|---|---|---|---|---|---|
| 17 | 2022.08.30 | Form 8-K Press Release | ChargePoint | ¶ 179: ChargePoint reported second quarter revenue of $108.3 million, up 93% from $56.1 million in the prior year's same quarter. | ¶ 184: Revenue Recognition Theory |

| Stmt. No. | Date Made | Filing / Statement | Speaker | Statement *(All italics and bolding are from the Second Amended Complaint)* | Falsity Allegations |
|---|---|---|---|---|---|
| 18 | 2022.08.30 | Earnings Call | Romano | ¶ 180: "I am pleased to report another strong execution quarter as we posted Q2 revenue of $108 million, above the high end of the guidance provided on our Q1 call. Notably, Q2 is our first $100 million quarter, another major milestone in the company's 15-year history. And according to BloombergNEF, combustion vehicle sales peaked in 2017, and as we've said before and proven in historic attach rates, our growth closely tracks the arrival rate of vehicles.<br><br>As consumers embrace the transition to EVs at an accelerating rate, the future of this business is incredibly strong. Year-over-year revenue growth of 93% and sequential revenue growth of 33% continue to demonstrate the company's strength across verticals and geographies. We've improved gross margin from Q1 and realized the operating leverage as forecasted." | ¶ 186: Revenue Recognition Theory |

| Stmt. No. | Date Made | Filing / Statement | Speaker | Statement *(All italics and bolding are from the Second Amended Complaint)* | Falsity Allegations |
|---|---|---|---|---|---|
| 19 | 2022.08.30 | Earnings Call | Romano | ¶ 181: "[R]esidential demand remains remarkably strong. Billings for residential were up over 125% from the second quarter of last year and a sequential increase of 11% versus the first quarter. The growth would have been significantly higher if not for supply chain constraints." | ¶ 187: Supply Chain Theory and Revenue Recognition Theory |
| 20 | 2022.12.01 | Form 8-K Press Release | Romano | ¶ 188: "**ChargePoint delivered another quarter of growth exceeding 90% year-over-year, as we continue to scale the business to meet strong demand for our solutions across North America and Europe,**" said Pasquale Romano, President and CEO of ChargePoint. "**Our networked, asset-light business model continues to enable our growth as we strive to deliver improved margins and operating leverage**." | ¶ 195: Revenue Recognition Theory |
| 21 | 2022.12.01 | Form 8-K Press Release | ChargePoint | ¶ 189: ChargePoint reported third quarter revenue of $125.3 million, up 93% from $65.0 million in the prior year's same quarter. | ¶ 194: Revenue Recognition Theory |
| 22 | 2022.12.01 | Earnings Call | Romano | ¶ 190: "We had another record quarter with strong growth yielding $125 million in revenue at the low-end of our guidance range up 93% year-over-year and 16% sequentially. The difference between $125 million in revenue and our guidance midpoint was largely made up of production constraints on | ¶ 196: Revenue Recognition Theory |

10

| Stmt. No. | Date Made | Filing / Statement | Speaker | Statement *(All italics and bolding are from the Second Amended Complaint)* | Falsity Allegations |
|---|---|---|---|---|---|
| | | | | our most mature AC product as a result of supply driven redesign.<br><br>The delay in shipping this high margin product held our margin improvement for the quarter to one point. We have now shipped the shortfall and more in November. Demand again exceeded supply for the quarter resulting in additional growth in backlog. We are on track to achieve our revenue target for the year and Rex will provide more color on revenue and particularly on gross margin in his comments.<br><br>As we manage the revenue and gross margin challenges presented by supply chain constraints, logistics disruptions and new product introductions, I'd like to comment on operating expenses. As our OpEx this year shows, we've significantly slowed our operating expense trajectory. We are managing OpEx as a key driver of turning cash flow positive in the fourth quarter of calendar 2024. And think we have made and are making the right choices in investing to achieve our market position.<br><br>As we have commented previously, we have invested ahead of the market for many years and our revenue growth has been and continues to be correlated with the availability | |

| Stmt. No. | Date Made | Filing / Statement | Speaker | Statement *(All italics and bolding are from the Second Amended Complaint)* | Falsity Allegations |
|---|---|---|---|---|---|
| | | | | of electric vehicles. With the continuing announcements by manufacturers of new EVs for consumers and fleets, we believe the global vehicle industry has passed the point of no return." | |
| 23 | 2022.12.01 | Earnings Call | Romano | ¶ 191: "A useful growth indicator in this area is the number of bookings in a quarter that exceed $1 million. Last year, we averaged one booking over $1 million per quarter. This year, we have seen steady increases in the number of bookings exceeding $1 million within a quarter, which is a reinforcing trend supporting our land and expand strategy. In the third quarter alone, we had 11 bookings to end customers of over $1 million." | ¶ 197: Revenue Recognition Theory |
| 24 | 2022.12.01 | Earnings Call | Jackson | ¶ 192: "[W]e have supply chain constraints, but our growth rate is fairly astounding. *So, I think we're banging through this pretty well.*" | ¶ 198: Supply Chain Theory and Revenue Recognition Theory |
| 25 | 2023.03.02 | Form 8-K Press Release | Romano | ¶ 199: "*ChargePoint delivered its largest sequential revenue growth to date and another record quarter, although below our guidance range as supply challenges for our DC solutions and quarter end shipment challenges at this growth rate persisted,*" said Pasquale Romano, President and CEO of ChargePoint. "*We continued to extend our* | ¶ 204: Revenue Recognition Theory |

| Stmt. No. | Date Made | Filing / Statement | Speaker | Statement *(All italics and bolding are from the Second Amended Complaint)* | Falsity Allegations |
|---|---|---|---|---|---|
| | | | | *technology and market leadership position across North America and Europe this year while driving 94% year-over-year growth and delivering improving gross margin and better operating expense leverage as we progress toward profitability.*" | |
| 26 | 2023.03.02 | Form 8-K Press Release | ChargePoint | ¶ 200: ChargePoint reported fourth quarter revenue was $152.8 million, up 93% from $79.3 million in the prior year's same quarter. For the full year, revenue was $468.1 million, an increase of 94% from $241.0 million in the prior year. | ¶ 203: Revenue Recognition Theory |
| 27 | 2023.03.02 | Form 8-K Press Release | ChargePoint | ¶ 201: "For the first fiscal quarter ending April 30, 2023, ChargePoint expects revenue of $122 million to $132 million. At the midpoint, this represents an anticipated increase of 56% as compared to the prior year's same quarter." | ¶ 205: Revenue Recognition Theory |
| 28 | 2023.04.03 | 2023 Form 10-K | ChargePoint | ¶ 206: "The change in operating assets and liabilities was mainly driven by increases in accounts receivable of $94.6 million, inventory of $39.4 million, prepaid expenses and other assets of $38.0 million and operating lease liabilities of $5.0 million, offset by increases in deferred revenue of $51.8 million, accounts payable of $31.5 million and accrued and other liabilities of $29.4 million." | ¶ 208: Revenue Recognition Theory<br><br>¶ 209: Inventory Valuation Theory |

| Stmt. No. | Date Made | Filing / Statement | Speaker | Statement *(All italics and bolding are from the Second Amended Complaint)* | Falsity Allegations |
|---|---|---|---|---|---|
| 29 | 2023.04.03 | 2023 Form 10-K | ChargePoint | ¶ 207: ChargePoint reported its total FY23 revenue as $468,094,000. | ¶ 208: Revenue Recognition Theory |
| 30 | 2023.06.01 | Form 8-K Press Release | Romano | ¶ 210: "**ChargePoint delivered strong results in the first quarter, growing at nearly 60% year-over-year**. We focused on delivering our broad portfolio of charging solutions across North America and Europe, while continuing to improve gross margins, and managing operating expenses," said Pasquale Romano, President and CEO of ChargePoint. "**The positive first quarter results are a testament to the strength and diversity of our business**. As the only charging network to operate across all verticals in North America and Europe, we believe we remain well positioned to take advantage of the inevitable long-term growth opportunity ahead." | ¶ 216: Revenue Recognition Theory |
| 31 | 2023.06.01 | Form 8-K Press Release | ChargePoint | ¶ 211: ChargePoint reported first quarter revenue of $130.0 million, up 59% from $81.6 million in the prior year's same quarter. | ¶ 215: Revenue Recognition Theory |

| Stmt. No. | Date Made | Filing / Statement | Speaker | Statement *(All italics and bolding are from the Second Amended Complaint)* | Falsity Allegations |
|---|---|---|---|---|---|
| 32 | 2023.06.01 | Earnings Call | Romano | ¶ 212: "***We delivered a strong first quarter. Revenue was at the high-end of our guidance range at $130 million, and non-GAAP gross margin sequentially improved 2 points to 25%. To put these results into perspective, we achieved a 59% year-over-year growth rate in the first quarter and had the second largest quarter in ChargePoint's history.*** We did that while the EV installed base in North America and Europe are still in single-digits and the EV market is only at the beginning of a decades-long growth cycle. We also achieved this growth in the midst of a challenging macroeconomic environment. Diversification across verticals and geographies continues to contribute resilience to our business. So, while we saw less growth | ¶ 217: Inventory Valuation Theory |

| Stmt. No. | Date Made | Filing / Statement | Speaker | Statement *(All italics and bolding are from the Second Amended Complaint)* | Falsity Allegations |
|---|---|---|---|---|---|
| | | | | in North American commercial and residential than we would have liked due to what we believe is a delay in discretionary purchases, we continue to see overall growth and margin improvement." | |
| 33 | 2023.06.01 | Earnings Call | Jackson | ¶ 213: *(In response to an analyst's question about the impact of supply chain issues on ChargePoint's Q1 results and how it may affect the company's shipment targets for the balance of the year)* "Yeah. So, thanks for the question, Mark. So, to start, the PPV/supply chain impact that we've been talking about is probably closer to 5 points or 6 points per quarter. There's logistics charges. We could take it up another quarter or two. And then, we have had a couple of write-offs that we did last year that impacted us. So, I just want to frame that the percentage points there it's | ¶ 217: Inventory Valuation Theory |

| Stmt. No. | Date Made | Filing / Statement | Speaker | Statement *(All italics and bolding are from the Second Amended Complaint)* | Falsity Allegations |
|---|---|---|---|---|---|
| | | | | really closer to 5 points or 6 points that are specifically supply chain.<br><br>No question that that's gotten much, much better from a supply perspective. So, we really snapped through this quarter. And I was glad to see – ***I think I actually said in prior calls, geez, I'd love to build some inventory, right, because we've had to leave business on the table in prior quarters and backlog got out of whack, everything else. So, we're back to a nice rhythm now I think from a build perspective. As you can imagine, there are some prior deals that we had to cut to get supply that's now sitting in inventory.***<br><br>So, you won't see 100% of the supply chain impact disappear overnight. We obviously have to work that through inventory and sell that through. But I would say from an operational perspective, logistics are pretty much back to normal, which is a real time thing, you either pay it or you don't. And then the supply chain thing also back to a really good place. ***So, once we work through any existing inventory that had those higher prices previously, we'll be hitting our stride. But I think it's fair to say that we are well past the worst of it.***" | |

17

| Stmt. No. | Date Made | Filing / Statement | Speaker | Statement *(All italics and bolding are from the Second Amended Complaint)* | Falsity Allegations |
|---|---|---|---|---|---|
| 34 | 2023.9.06 | Press Release | ChargePoint | ¶ 218: For the first time since going public, ChargePoint's press release issued on the same day made no mention of revenue or revenue growth. | ¶ 220: Inventory Valuation Theory |
| 35 | 2023.9.11 | Form 10-Q | ChargePoint | ¶ 219: "Disruptions in the manufacturing, delivery and overall supply chain of vehicle manufacturers and suppliers have resulted in additional costs and, to a lesser extent, component shortages, and have led to fluctuations in EV sales in markets around the world. Increased demand for personal electronics and trade restrictions that affect raw materials have contributed to a shortfall of semiconductor chips, which has caused additional supply challenges both within and outside of ChargePoint's industry. Ongoing supply chain challenges, component shortages and heightened logistics costs have adversely affected ChargePoint's gross margins in recent quarters and ChargePoint expects that gross margins may continue to be adversely affected by increased material costs and freight and logistic expenses in the future." | ¶ 220: Inventory Valuation Theory |