Sara B. Brody (SBN 130222)
sbrody@sidley.com
Jaime A. Bartlett (SBN 251825)
jbartlett@sidley.com
Matthew P. Henry (SBN 308878)
mhenry@sidley.com
Chaddy G. Georges (SBN 335546)
cgeorges@sidley.com
SIDLEY AUSTIN LLP
101 California Street
Suite 3500
San Francisco, CA 94111

*Attorneys for Defendants*
*ChargePoint Holdings, Inc., Pasquale Romano,*
*Rex S. Jackson, and Michael Hughes*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FAROOQ KHAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHARGEPOINT HOLDINGS, INC., et al.,<br><br>Defendants. | Case No. 5:23-cv-06172-NW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT**<br><br>Assigned to: Hon. Noël Wise |

Pursuant to Civil Local Rules 6-2 and 7-12, Lead Plaintiffs Shahram Afshani and Paulina Afshani Schwartz ("Lead Plaintiffs") and Defendants ChargePoint Holdings, Inc., Pasquale Romano, Rex S. Jackson, and Michael Hughes ("Defendants" and together with Lead Plaintiffs, the "Parties") by and through their undersigned counsel, enter into the following stipulation.

**WHEREAS**, on February 20, 2026 the Court entered an order dismissing Lead Plaintiffs' Second Amended Complaint with leave to amend, and directing Lead Plaintiffs to file any amended complaint within 14 days (Dkt. 149);

**WHEREAS**, on March 6, 2026, pursuant to the Court's order, Lead Plaintiffs filed their Third Amended Complaint (Dkt. 150);

**WHEREAS**, pursuant to Federal Rule of Civil Procedure 15(a)(3), Defendants' deadline to respond to the Third Amended Complaint is March 20, 2026;

**WHEREAS**, Defendants anticipate filing a motion to dismiss the Third Amended Complaint on March 20, 2026;

**WHEREAS**, pursuant to Civil Local Rule 7-3(a), Lead Plaintiffs' opposition to Defendants' motion would be due on April 3, 2026;

**WHEREAS**, pursuant to Civil Local Rule 7-3(c), Defendants' reply in support of their motion would be due on April 10, 2026;

**WHEREAS**, the time period of April 3, 2026 through April 10, 2026 encompasses multiple religious holidays, including Good Friday, Easter, and Passover;

**WHEREAS**, in light of the religious holidays, the Parties agree that good cause exists to extend Defendants' deadline for their reply from April 10, 2026 to April 13, 2026; and

**WHEREAS**, the Parties agree that prior to filing their motion, and subject to the availability of the Court, Defendants shall request that their motion be heard on or after May 13, 2026.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, and respectfully requested, by and among the parties hereto, through their undersigned counsel of record, as follows:

1.    In accordance with the applicable rules, Defendants shall file their motion to dismiss the Third Amended Complaint on March 20, 2026, and Lead Plaintiffs shall file their opposition on April 3, 2026; and

1

2.    In light of the religious holidays, Defendants shall file their reply in support of their motion on April 13, 2026.

**IT IS SO STIPULATED.**

Date: March 11, 2026                    Respectfully submitted,

By: */s/ Jaime A. Bartlett*
    Sara B. Brody (SBN 130222)
    sbrody@sidley.com
    Jaime A. Bartlett (SBN 251825)
    jbartlett@sidley.com
    Matthew P. Henry (SBN 308878)
    mhenry@sidley.com
    Chaddy G. Georges (SBN 335546)
    cgeorges@sidley.com
    SIDLEY AUSTIN LLP
    101 California Street
    Suite 3500
    San Francisco, CA 94111

*Attorneys for Defendants*
*ChargePoint Holdings, Inc., Pasquale Romano,*
*Rex S. Jackson, and Michael Hughes*

Date: March 11, 2026                    Respectfully submitted,

By: */s/ Lucas E. Gilmore*
    Lucas E. Gilmore (SBN 250893)
    Reed R. Kathrein (SBN 139304)
    HAGENS BERMAN SOBOL SHAPIRO LLP
    715 Hearst Avenue, Suite 300
    Berkeley, CA 94710
    Telephone: (510) 725-3000
    Facsimile: (510) 725-3001
    lucasg@hbsslaw.com
    reed@hbsslaw.com

    Raffi Melanson (*pro hac vice*)
    HAGENS BERMAN SOBOL SHAPIRO LLP
    1 Faneuil Hall Sq., 5th Floor

2

Boston, MA 02109
Telephone: (617) 482-3700
Email: raffim@hbsslaw.com

*Lead Counsel for Lead Plaintiffs Shahram*
*Afshani and Paulina Afshani Schwartz*

3

### ~~[PROPOSED]~~ ORDER

Having reviewed the Parties' Stipulation and good cause appearing therefore, **IT IS HEREBY ORDERED:**

1.    In accordance with the applicable rules, Defendants shall file their motion to dismiss the Third Amended Complaint on March 20, 2026, and Lead Plaintiffs shall file their opposition on April 3, 2026; and

2.    In light of the religious holidays, Defendants shall file their reply in support of their motion on April 13, 2026.

Dated: _____ March 13 ___, 2026        _____

Hon. Noël Wise
United States District Judge

STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING BRIEFING SCHEDULE FOR MOTION TO DISMISS
CASE NO. 5:23-CV-06172-NW