Sara B. Brody (SBN 130222)
sbrody@sidley.com
Jaime A. Bartlett (SBN 251825)
jbartlett@sidley.com
Matthew P. Henry (SBN 308878)
mhenry@sidley.com
Chaddy G. Georges (SBN 335546)
cgeorges@sidley.com
SIDLEY AUSTIN LLP
101 California Street
Suite 3500
San Francisco, CA 94111

*Attorneys for Defendants*
*ChargePoint Holdings, Inc., Pasquale Romano,*
*Rex S. Jackson, and Michael Hughes*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FAROOQ KHAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHARGEPOINT HOLDINGS, INC., et al.,<br><br>Defendants. | Case No. 5:23-cv-06172-NW<br><br>**DECLARATION OF JAIME A. BARTLETT IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>Assigned to: Hon. Noël Wise<br><br>Date:   June 17, 2016<br>Time:   9:00 AM<br>Place:  Courtroom 3, 5th Floor |

I, Jaime A. Bartlett, declare as follows:

1. I am a partner with the law firm of Sidley Austin LLP and am counsel for Defendants ChargePoint Holdings, Inc., Pasquale Romano, Rex S. Jackson, and Michael Hughes in the above-captioned litigation.

2. I am a member in good standing with the State Bar of California and I am admitted to practice before this Court. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would testify competently thereto.

3. I respectfully submit this declaration in support of Defendants ChargePoint Holdings, Inc., Pasquale Romano, Rex S. Jackson's and Michael Hughes's Motion to Dismiss the Third Amended Class Action Complaint for Violations of the Federal Securities Laws.

4. Attached hereto as **Exhibit 1** is a true and correct copy of ChargePoint's December 1, 2021 earnings call transcript for Q3 of Fiscal Year 2022, which is publicly available at https://investors.chargepoint.com/events-and-presentations/default.aspx.

5. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from ChargePoint's April 3, 2023 Form 10-K, which was publicly filed with the SEC. All SEC filings are publicly available at www.sec.gov.

6. Attached hereto as **Exhibit 3** is a true and correct copy of ChargePoint's June 1, 2023 earnings call transcript for Q1 of Fiscal Year 2024, which is publicly available at https://investors.chargepoint.com/events-and-presentations/default.aspx.

7. Attached hereto as **Exhibit 4** is a true and correct copy of Pasquale Romano's SEC Forms 4, which were publicly filed with the SEC between July 21, 2021 and August 18, 2023. All SEC filings are publicly available at www.sec.gov.

8. Attached hereto as **Exhibit 5** is a true and correct copy of Rex Jackson's SEC Forms 4, which were publicly filed with the SEC between June 25, 2021 and September 25, 2023. All SEC filings are publicly available at www.sec.gov.

9. Attached hereto as **Exhibit 6** is a true and correct copy of Michael Hughes's SEC Forms 4, which were publicly filed with the SEC between March 2, 2021 and December 22, 2023. All SEC filings are publicly available at www.sec.gov.

1

10.    Attached hereto as **Exhibit 7** is a true and correct copy of the Second Amended Complaint filed by Rachel Ragni Larrenaga on March 26, 2024 in Santa Clara County (*Larrenaga v. ChargePoint, Inc.,* Case No. 22CV398534).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 20th day of March 2026, in New Orleans, Louisiana.

*/s/ Jaime A. Bartlett*
Jaime A. Bartlett

DECLARATION OF JAIME A. BARTLETT IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS
CASE NO. 5:23-CV-06172-NW