Sara B. Brody (SBN 130222)
sbrody@sidley.com
Jaime A. Bartlett (SBN 251825)
jbartlett@sidley.com
Matthew P. Henry (SBN 308878)
mhenry@sidley.com
Chaddy G. Georges (SBN 335546)
cgeorges@sidley.com
SIDLEY AUSTIN LLP
101 California Street
Suite 3500
San Francisco, CA 94111

*Attorneys for Defendants*
*ChargePoint Holdings, Inc., Pasquale Romano,*
*Rex S. Jackson, and Michael Hughes*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| FAROOQ KHAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHARGEPOINT HOLDINGS, INC., et al.,<br><br>Defendants. | Case No. 5:23-cv-06172-NW<br><br>**DEFENDANTS' SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE**<br><br>Assigned to: Hon. Noël Wise<br><br>Date:  June 17, 2026<br>Time:  9:00 a.m.<br>Place:  Courtroom 3, 5th Floor |

## I.    INTRODUCTION

Pursuant to Federal Rule of Evidence 201(b), Defendants ChargePoint Holdings, Inc., Pasquale Romano, Rex S. Jackson, and Michael Hughes hereby file this supplemental request for judicial notice of one document cited in their Reply in Support of their Motion to Dismiss the Third Amended Class Action Complaint. Defendants cite this exhibit in response to points raised in Plaintiffs' Opposition. Specifically, in their Opposition, Plaintiffs rely heavily on the court's order denying a motion to dismiss the SAC in *Steamfitters Local 449 Pension & Retirement Security Funds, v. Extreme Networks, Inc.*, 2026 WL 817221 (N.D. Cal. Mar. 23, 2026). In order to provide additional context for the court's order in that case, Defendants hereby seek judicial notice of the court's prior order in that matter, which granted a motion to dismiss the FAC with leave to amend. *See* Order Granting Motion to Dismiss Amended Complaint, ECF No. 74, *Steamfitters Local 449 Pension & Retirement Security Funds, v. Extreme Networks, Inc*, No. 24-cv-05102-TLT (N.D. Cal. Aug. 15, 2025) (attached as **Exhibit 8** to the concurrently-filed Supplemental Declaration of Jaime A. Bartlett in Support of Defendants' Motion to Dismiss).

## II.    ARGUMENT

Exhibit 8 is an order granting dismissal in a case discussed by Plaintiffs in their Opposition to Defendants' Motion to Dismiss the Third Amended Complaint. Opp. at 8-10, 13-14, 17, 19, 21-22. As a court filing, this document is a "matter of public record" whose authenticity cannot be disputed, and is therefore subject to judicial notice. Fed. R. Evid. 201(b); *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 999 (9th Cir. 2018); *Duke v. City Coll. of S.F.*, 445 F. Supp. 3d 216, 224 (N.D. Cal. 2020) (holding that a state court complaint was noticeable because "[t]he court may judicially notice court documents already in the public record and filed in other courts"); *Markel v. Union of Orthodox Jewish Congregations of Am.*, 648 F. Supp. 3d 1181, 1185 (C.D. Cal. 2023) (taking judicial notice of publicly available court filings).

## III.    CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Court take judicial notice of Exhibit 8 referenced in this Supplemental Request for Judicial Notice, attached to the Bartlett Supplemental Declaration, and cited in Defendants' Reply.

Case 5:23-cv-06172-NW   Document 158   Filed 04/13/26   Page 3 of 3

Date: April 13, 2026

Respectfully submitted,

By: */s/ Jaime A. Bartlett*
　　Sara B. Brody (SBN 130222)
　　sbrody@sidley.com
　　Jaime A. Bartlett (SBN 251825)
　　jbartlett@sidley.com
　　Matthew P. Henry (SBN 308878)
　　mhenry@sidley.com
　　Chaddy G. Georges (SBN 335546)
　　cgeorges@sidley.com
　　SIDLEY AUSTIN LLP
　　101 California Street
　　Suite 3500
　　San Francisco, CA 94111

*Attorneys for Defendants*
*ChargePoint Holdings, Inc., Pasquale Romano,*
*Rex S. Jackson, and Michael Hughes*

DEFENDANTS' SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE
CASE NO. 5:23-CV-06172-NW