Sara B. Brody (SBN 130222)
sbrody@sidley.com
Jaime A. Bartlett (SBN 251825)
jbartlett@sidley.com
Matthew P. Henry (SBN 308878)
mhenry@sidley.com
Chaddy G. Georges (SBN 335546)
cgeorges@sidley.com
SIDLEY AUSTIN LLP
101 California Street
Suite 3500
San Francisco, CA 94111

*Attorneys for Defendants*
*ChargePoint Holdings, Inc., Pasquale Romano,*
*Rex S. Jackson, and Michael Hughes*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FAROOQ KHAN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> CHARGEPOINT HOLDINGS, INC., et al., <br><br> Defendants. | Case No. 5:23-cv-06172-NW <br><br> **SUPPLEMENTAL DECLARATION OF JAIME A. BARTLETT IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** <br><br> Assigned to: Hon. Noël Wise <br><br> Date:  June 17, 2026 <br> Time:  9:00 a.m. <br> Place:  Courtroom 3, 5th Floor |

I, Jaime A. Bartlett, declare as follows:

1.    I am a partner with the law firm of Sidley Austin LLP and am counsel for Defendants ChargePoint Holdings, Inc., Pasquale Romano, Rex S. Jackson, and Michael Hughes in the above-captioned litigation.

2.    I am a member in good standing with the State Bar of California and I am admitted to practice before this Court. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would testify competently thereto.

3.    I respectfully submit this supplemental declaration in support of Defendants ChargePoint Holdings, Inc., Pasquale Romano, Rex S. Jackson, and Michael Hughes's Motion to Dismiss the Third Amended Class Action Complaint for Violations of the Federal Securities Laws.

4.    Attached hereto as **Exhibit 8** is a true and correct copy of the Order Granting Motion to Dismiss Amended Complaint, ECF No. 74, *Steamfitters Local 449 Pension & Retirement Security Funds, v. Extreme Networks, Inc., et al.*, No. 24-cv-05102-TLT (N.D. Cal. August 15, 2025).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of April 2026, in San Francisco, California.

/s/ *Jaime A. Bartlett*
Jaime A. Bartlett

1

SUPPLEMENTAL DECLARATION OF JAIME A. BARTLETT ISO DEFENDANTS' MOTION TO DISMISS
CASE NO. 5:23-CV-06172-NW