# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

FAROOQ KHAN

                     Plaintiff(s)

v.

CHARGEPOINT HOLDINGS, INC., et al.

                     Defendant(s)

CASE No C   5:23-cv-06172-NW

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☒ **Private ADR** (*specify process and provider*)

   Private mediation with Seth Aronson of Phillips ADR Enterprises

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☒ other requested deadline:  December 30, 2026 (Dkt. 163)

Date: June 3, 2026

Date: June 3, 2026

*/s/ Reed Kathrein*
Attorney for Plaintiff
*/s/ Jaime A. Bartlett*
Attorney for Defendant

☒  IT IS SO ORDERED.
☐  IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: June 4, 2026

U.S. DISTRICT/MAGISTRATE JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-15-2019*