United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FAROOQ KHAN,

Plaintiff,

v.

CHARGEPOINT HOLDINGS, INC., et al.,

Defendants.

Case No. 23-cv-06172-NW (SVK)

**ORDER SETTING DISCOVERY HEARING**

Re: Dkt. No. 171

Before the Court is the Parties' Joint Discovery Submission pursuant to which Defendants seek to quash subpoenas for documents and a deposition served on third party Rachel Larrenaga. Dkt. 171. Ms. Larrenaga is a former Vice-President and Legal Counsel for Defendant ChargePoint. She was terminated in June 2021 and subsequently sued the ChargePoint for wrongful termination. The disputed document subpoena seeks documents from Ms. Larrenaga's suit against ChargePoint and other documents in her possession regarding "channel stuffing," a key allegation in this putative class action. Defendants move to quash, pointing to an identical request served directly on them, as well as production issues arising out of a state protective order and potential claims of privilege.

The Court has reviewed the Parties' submission, as well as the operative Third Amended Complaint in which Plaintiffs allege facts tying Ms. Larrenaga's role at and subsequent litigation against Chargepoint to their underlying action. It appears that at least a limited production would be relevant and proportional. However, it is unclear from the Joint Submission if Ms. Larrenaga has any responsive documents in her possession. Defendants state, however, that they have responsive documents in their possession. Dkt. 171 at 4. Unfortunately, neither side provides a coherent plan for proceeding with a production or deposition of appropriate scope or production of a privilege log. The Court will benefit from hearing from counsel of record in this action, as well

as Ms. Larrenaga's attorney, Sarah R. Nichols, to whom the subpoenas were directed on Ms. Larrenaga's behalf. Dkt. 171-1. **Accordingly, the Court ORDERS as follows:**

**This matter is set for a video discovery hearing on September 23, 2026 at 1:30 p.m**.

- Counsel for Plaintiffs will immediately serve a copy of this Order on Ms. Nichols.
- Counsel appearing for Plaintiffs and Defendants in this matter must have personal knowledge of the Parties' negotiations to date regarding the subpoenas as well as the related requests directed to Defendants;
- Counsel appearing for Plaintiffs and Defendants in this matter must have full authority to negotiate and compromise the scope and timing of the pending subpoenas should production and deposition be ordered.
- Counsel are to meet and confer **immediately** regarding the scope of the subpoenas in an effort to negotiate a timely compromise. If a resolution is reached, inform the Court **no later than 12 noon on September 21, 2026.**

**SO ORDERED.**

Dated: September 14, 2026

SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California