United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FAROOQ KHAN,
Plaintiff,

v.

CHARGEPOINT HOLDINGS, INC., et al.,
Defendants.

Case No. 23-cv-06172-NW

**ORDER VACATING ALL DATES AND SETTING COMPLIANCE HEARING REGARDING MOTION FOR PRELIMINARY SETTLEMENT APPROVAL**

Re: ECF No. 176

On September 29, 2026, the parties filed a notice of settlement stating that the parties "have signed a settlement term sheet to resolve this matter" and indicated that they "Plaintiffs anticipate filing an unopposed motion for preliminary approval of the settlement within 30 calendar days." ECF No. 176. Accordingly, all dates and deadlines are VACATED.

Plaintiffs shall file their motion for preliminary approval of the settlement within 30 days, by Thursday, October 29, 2026. The Court sets a compliance hearing regarding whether Plaintiffs have timely filed their motion for Tuesday, November 10, 2026, at 10:00 a.m. in Courtroom 3, 5th Floor, Federal Courthouse, 280 South First Street, San Jose, California. Counsel must appear at the hearing in person; no remote appearances will be permitted. The Court may vacate the compliance hearing if Plaintiffs timely file their motion.

Plaintiffs must notice and file their motion for preliminary approval of the settlement in accordance with the Court's standing order and notice the motion for a later date.

**IT IS SO ORDERED.**

Dated: September 30, 2026

Noël Wise
United States District Judge